# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **STRATHCLYDE PENSION FUND,** Lead Plaintiff | | PLAINTIFF |
| v. | No. 4:18-cv-793-DPM | |
| **BANK OZK** and **GEORGE GLEASON** | | DEFENDANTS |

## ORDER

The Court has received the revised draft protective order and agreement. Please make the attached changes, insert the date of counsel's approval, and send the final to chambers for entry. The Court declines to have two rounds of briefing on sealing issues. The parties must make their best arguments the first time around. As with any motion, if the Court needs additional information, it will request it.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 September 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STRATHCLYDE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OZK, et al.,<br><br>Defendants. | No. 4:18-cv-00793-DPM<br><br>CLASS ACTION<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER |

privilege. For any Discovery Material used for the first time in the summary judgment motions, where the Receiving Party had no notice that the Discovery Material was subject to a claim of attorney client privilege or work product protection, then the Producing Party has 45 days from the filing of the reply brief in support of summary judgment to assert that the attorney client privilege or work product protection should have applied to the Discovery Material. Thereafter, the producing party must meet the requirements of Federal Rule of Evidence 502(b) in order to protect the privilege.

## XII. FILING PROTECTED MATERIAL

Information designated as "Confidential" must not be filed on the public docket. If practicable, it should be redacted. Fed. R. Civ. P. 5.2. If an entire page contains information designated as "Confidential," substituting a page marked "Redacted" is an acceptable redaction method. If redaction is impracticable, a party must move for permission to file any information designated as "Confidential" and a related motion, brief, or paper, containing that material under seal. The moving party must justify sealing with specific and solid reasons, including an explanation about why redaction cannot be done. ~~If the material requested to be filed under seal was designated confidential by the non-moving party~~ *and* ~~the Court has a concern regarding the confidentiality designation after the moving party has provided its justification for filing under seal, the Court will inform the parties of its concern and allow the designating party to provide further justification for why the document is confidential and should be filed under seal.~~ ✓

## XIII. RIGHT TO FURTHER RELIEF

Nothing in this Order abridges the right of any person to seek its modification by the Court in the future.