IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND,
Lead Plaintiff                                                                                    PLAINTIFF

v.                                      No. 4:18-cv-793-DPM

BANK OZK and
GEORGE GLEASON                                                                        DEFENDANTS

### ORDER

Joint report on discovery disputes noted. No hearing is needed. The Court agrees with the Bank OZK defendants on all disputed issues. A word about Issue 3. The parties should ventilate this issue along the lines suggested by the defendants in the next few weeks. Discovery on the indirect investments is likely to uncover admissible evidence about material issues. FED. R. CIV. P. 26(b)(1). How those investments might affect Strathclyde's status as lead plaintiff, if disputed, will be addressed when ripe. Please proceed accordingly. Joint report, *Doc. 101*, addressed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2021