UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STRATHCLYDE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OZK and GEORGE GLEASON<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 4:18-cv-00793-DPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Bank OZK (the "Bank") and George Gleason (collectively, "Defendants"), by and through their attorneys of record, Kutak Rock, LLP and Gibson, Dunn & Crutcher LLP, for their Motion for Summary Judgment state:

1. Federal Rule of Civil Procedure 56(a) provides that "[a] party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought." Fed. R. Civ. P. 56(a). "The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." *Id.*

2. There are no genuine disputes as to any material facts with respect to all claims asserted by Plaintiff, and Defendants are entitled to judgment as a matter of law.

   a. There are no facts from which a reasonable trier of fact could conclude that the Bank issued any false or misleading statements within the meaning of 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5. The challenged statements are all statements of opinion, reflecting the Bank's subjective judgment

1

regarding the likelihood of default on the loans in its portfolio. Pursuant to *Omnicare, Inc. v. Laborers District Council Construction Industry Pension Fund*, 575 U.S. 175 (2015), such statements are false or misleading only if (1) Defendants did not sincerely believe the statements when made, (2) the statements included objectively false embedded statements of fact, or (3) the statements omit material facts about the Bank's inquiry into or knowledge concerning the statements, and those facts conflict with what a reasonable investor would take from the statements themselves. There are no facts from which a reasonable trier of fact could conclude that the challenged statements satisfy any of those criteria.

  b. There are no facts from which a reasonable trier of fact could conclude that Defendants acted with scienter, that is, with knowledge of falsity or reckless disregard for the truth. The Bank employed numerous internal controls to identify and assess loans that could potentially default in the future. The Bank's assessment of the loan at issue in this case was reviewed and confirmed on numerous occasions by the Bank's third-party auditors.

3. This Motion is supported by an accompanying brief and statement of undisputed material facts. Defendants have appended the following exhibits to this Motion.

- **Exhibit 1** – 2018 Annual Report on Form 10-K (OZX00152618).
- **Exhibit 2** – Deposition of George Gleason.
- **Exhibit 3** – 2016 Annual Report on Form 10-K (OZX00074536).
- **Exhibit 4** – 2017 Annual Report on Form 10-K (OZX00199549).
- **Exhibit 5** – 2015 Annual Report on Form 10-K (OZX00430390).

- **Exhibit 6 –** July 11, 2018, Form 8-K Management Comments (OZX00102791).

- **Exhibit 7 –** Loan Agreement (OZX00393285).

- **Exhibit 8 –** Promissory Note (OZX00196148).

- **Exhibit 9** – June 30, 2017 Report on Form 10-Q (OZX00081081).

- **Exhibit 10** – Form 8-K Dated February 19, 2016 (STRATHCLYDE0016382).

- **Exhibit 11 –** Expert Report of Esther Mills.

- **Exhibit 12** – March 31, 2017 Quarterly Report on Form 10-Q (OZX00076470).

- **Exhibit 13** – "Accounting News: Troubled Debt Restructurings, FDIC, Summer 2012, https://www.fdic.gov/regulations/examinations/supervisory/insights/sisum12/sisummer12-article4.pdf.

- **Exhibit 14** – Expert Report of D. Paul Regan.

- **Exhibit 15** – Deposition of D. Paul Regan.

- **Exhibit 16** – "Interagency Supervisory Guidance Addressing Certain Issues Related to Troubled Debt Restructurings," Board of Governors of the Federal Reserve System, the FDIC, National Credit Union Administration, and Office of the Comptroller of the Currency (October 24, 2013).

- **Exhibit 17** – "Final Report of the Advisory Committee on Improvements to Financial Reporting to the United States Securities and Exchange Commission," August 1, 2008.

- **Exhibit 18** – Declaration of George Gleason dated February 2, 2022.

- **Exhibit 19** – Memorandum from Stan Thomas to Audit Files dated November 9, 2015 (OZX00168838).

- **Exhibit 20** – Memorandum from Stan Thomas to Audit Files dated December 23, 2014 (CROWEBOZ0000262).

- **Exhibit 21** – Bank OZK Loan Policy (PwC000011).

- **Exhibit 22** – Bank OZK Loan Policy Section 10.04 dated June 4, 2014 (OZX00009149).

- **Exhibit 23** – Email from Brannon Hamblen to RESG Dallas Asset Management dated April 7, 2016 (OZX00431656).

- **Exhibit 24** – Bank Loan Policy Section 10.04 amended as of October 4, 2017 (OZX00195791).

- **Exhibit 25** – Bank Loan Policy Section 10.02 amended as of October 4, 2017 (OZX00083454).

- **Exhibit 26** – Bank Loan Policy Section 10.02 amended as of April 4, 2018 (PwC018683).

- **Exhibit 27** – "Interagency Policy Statement on the Allowance for Loan and Lease Losses," Office of the Comptroller of the Currency, Board of Governors of the Federal Reserve System, FDIC, National Credit Union Administration, and Office Thrift Supervision.

- **Exhibit 28** – Rebuttal Expert Report of Nancy Terrill.

- **Exhibit 29** – FDIC guidance: Past Due and Nonaccrual Loans https://www.fdic.gov/regulations/resources/call/crinst-031-41/1997/1997-09-rcn.pdf.

- **Exhibit 30** – Deposition of Salvatore Inserra.

- **Exhibit 31** – Crowe Engagement Letter dated April 22, 2016 (CROWEBOZ0011077).

- **Exhibit 32** – Workpaper Titled "Allowance for Loan Losses Controls" dated February 24, 2015 (CROWEBOZ0000062).

- **Exhibit 33** – Crowe Workpaper Titled "Allowance For Loan Losses – Audit Program" (CROWEBOZ0002415).

- **Exhibit 34** – Crowe TDR Testing Workpaper (CROWEBOZ0003778).

- **Exhibit 35** – Crowe Workpaper (CROWEBOZ0010580).

- **Exhibit 36** – Crowe TDR Testing Workpaper dated February 19, 2015 (CROWEBOZ0002918).

- **Exhibit 37** – Crowe Workpaper dated February 18, 2015 (CROWEBOZ0003016).

- **Exhibit 38** – Letter from George Gleason and Greg McKinney to Crowe dated February 27, 2015 (CROWEBOZ0005328).

- **Exhibit 39** – Letter from George Gleason and Greg McKinney to Crowe dated February 19, 2016 (CROWEOBZ0010931).

- **Exhibit 40** – Loan Modification Request dated December 7, 2009 (CROWEBOZ0003801).

- **Exhibit 41** – Loan Modification Request dated July 11, 2014 (CROWEBOZ0002936).

- **Exhibit 42** – Loan Modification Request dated December 9, 2014 (CROWEBOZ0003258).

- **Exhibit 43** – 1Q2014 TDR Spreadsheets (CROWEBOZ0002924).[1]

- **Exhibit 44** – July 11, 2014 TDR Template (CROWEBOZ0002979).

- **Exhibit 45** – JTL Rent Roll dated November 20, 2014 (CROWEBOZ003032).

- **Exhibit 46** – JTL Rent Roll dated November 19, 2015 (CROWEBOZ0010670).

- **Exhibit 47** – Bank Memorandum with Auditor's Handwritten Notes (CROWEBOZ0003274).

- **Exhibit 48** – Crowe Workpaper dated June 3, 2014 (CROWEBOZ0000030).

- **Exhibit 49** – Deposition of Todd McPherson.

- **Exhibit 50** – PwC Memorandum dated October 25, 2017 (PwC009322).

- **Exhibit 51** – PwC Workpaper Evaluating Design of TDR Process (PwC001558).

- **Exhibit 52** – PwC Workpaper Reviewing November 2016 Modification (PwC001559).

- **Exhibit 53** – PwC Workpaper Reviewing Risk Rating (PwC001556).

---

[1] PDF excerpts of all Excel spreadsheets accompany this motion. The complete spreadsheets have been provided to opposing counsel. If the Court would prefer Excel versions of spreadsheets, counsel will provide.

- **Exhibit 54** – PwC Workpaper Reviewing October 2017 Modification (PwC006541).

- **Exhibit 55** – Letter from George Gleason and Greg McKinney to PwC dated March 1, 2017 (PwC0001536).

- **Exhibit 56** – Crowe Workpaper dated November 4, 2015 (CROWEBOZ0008789).

- **Exhibit 57** – Letter from Crowe to FDIC dated October 5, 2015 (CROWEBOZ0011056).

- **Exhibit 58** – Deposition of Stan Thomas.

- **Exhibit 59** – November 2018 RESG Risk Profile Report (OZX00127360).[2]

- **Exhibit 60** – Expert Report of Constantine Korologos.

- **Exhibit 61** – Credit Memorandum dated July 30, 2007 (OZX00392808).

- **Exhibit 62** – Rock Hill Galleria Financial Tracking Spreadsheet (OZX00028068).

- **Exhibit 63** – Deposition of Nancy Terrill.

- **Exhibit 64** – Appraisal Report dated December 5, 2014 (CROWEBOZ0003057).

- **Exhibit 65** – First Modification Agreement (OZX00394189).

- **Exhibit 66** – Loan Modification Request dated August 2, 2008 (OZX00393945).

---

[2] This document contains sensitive information the Bank has redacted as not relevant to the motion.

- **Exhibit 67** – 2011 TDR Review (OZX00406923).

- **Exhibit 68** – OCC Comptroller's Handbook: Commercial Real Estate Lending, Version 1.1, Jan. 27, 2017.

- **Exhibit 69** – Loan Modification Request dated July 23, 2009 (OZX00393416).

- **Exhibit 70** – Second Modification and Extension Agreement (OZX00394355).

- **Exhibit 71** – Loan Modification Request dated September 14, 2009 (OZX00394271).

- **Exhibit 72** – Loan Modification Request dated September 14, 2009 (OZX00393614).

- **Exhibit 73** – Loan Modification Request Dated June 29, 2011 (OZX00393620).

- **Exhibit 74** – March 2017 ALL Memorandum (OZX00187448).

- **Exhibit 75** – Tommy Andres, Divided Decade: How the Financial Crisis Changed Retail, Marketplace (Dec. 20, 2018), https://www.marketplace.org/2018/12/20/what-we-learned-retail.

- **Exhibit 76** – David J. Lynch, Mounting Commercial Real Estate Losses Threaten Banks, Recovery, Wash. Post (Nov. 11, 2020), https://www.washingtonpost.com/business/2020/11/11/commercial-real-estate-economy.

- **Exhibit 77** – Third Modification and Extension Agreement (OZX00394218).

- **Exhibit 78** – Loan Modification Request dated December 7, 2009 (OZX00393609).
- **Exhibit 79** – Fourth Modification and Extension Agreement (OZX00393981).
- **Exhibit 80** – Fifth Modification and Extension Agreement (OZX00393654).
- **Exhibit 81** – Loan Modification Request dated March 24, 2010 (OZX00394337).
- **Exhibit 82** – Sixth Modification and Extension Agreement (OZX00393592).
- **Exhibit 83** – Loan Modification Request dated February 16, 2011 (OZX00393966).
- **Exhibit 84** – Seventh Modification and Extension Agreement (OZX00393271).
- **Exhibit 85** – Credit Memorandum dated June 22, 2011 (OZX00394289).
- **Exhibit 86** – Appraisal Report dated August 3, 2011 (CBRE_007902).
- **Exhibit 87** – Amended and Restated Loan Agreement (OZX00008883).
- **Exhibit 88** – Amended and Restated Promissory Note (OZX00008612).
- **Exhibit 89** – Loan Modification Request dated August 8, 2011 (OZX00008147).
- **Exhibit 90** – Appraisal Report dated September 27, 2018 (OZX00006614).
- **Exhibit 91** – First Modification Agreement (OZX00017020).

- **Exhibit 92** – Loan Modification Request dated March 25, 2013 (OZX00040709).

- **Exhibit 93** – "LIBOR Rates – 30 Year Historical Chart," Macrotrends.net, https://www.macrotrends.net/1433/historical-libor-rates-chart.

- **Exhibit 94** – 2013 TDR Review Spreadsheet (OZX00168836).

- **Exhibit 95** – Memorandum from Brannon Hamblen to George Gleason dated August 27, 2014 (OZX00436146).

- **Exhibit 96** – JTL Loan Payment History (OZX00017554).

- **Exhibit 97** – Second Modification and Extension Agreement (OZX00017030).

- **Exhibit 98** – 2014 TDR Review Spreadsheet (OZX00040245).

- **Exhibit 99** – Loan Modification Request dated December 9, 2014 (OZX00000149).

- **Exhibit 100** – Comptroller's Handbook, *Allowance for Loan and Lease Losses*, https://www.occ.gov/publications-and-resources/publications/comptrollers-handbook/files/allowance-loan-lease-losses/pub-ch-allowance-loan-lease-losses.pdf.

- **Exhibit 101** – Third Modification and Extension Agreement (OZX00000492).

- **Exhibit 102** – Cash Management Agreement (OZX00000474).

- **Exhibit 103** – Deposition of William Daniel Thomas III.

- **Exhibit 104** – Appraisal Report dated September 16, 2016 (OZX00019386).

- **Exhibit 105** – Email from Stan Thomas to Brannon Hamblen dated December 12, 2016 (OZX00181202).

- **Exhibit 106** – Fourth Modification and Extension Agreement (OZX00001712).

- **Exhibit 107** – Loan Modification Request Dated November 1, 2016 (OZX00001658).

- **Exhibit 108** – 2016 TDR Review (OZX00040249).

- **Exhibit 109** – Appraisal Report dated December 14, 2016 (OZX00008635).

- **Exhibit 110** – Memorandum from Josh Faseler to Brannon Hamblen dated December 14, 2016 (OZX00184838).

- **Exhibit 111** – Email from Stan Thomas to Greg McKinney, George Gleason, and Tim Hicks dated December 16, 2016 (OZX00072396).

- **Exhibit 112** – Fifth Modification and Extension Agreement (OZX00002712).

- **Exhibit 113** – Loan Modification Request dated January 25, 2017 (OZX00002420).

- **Exhibit 114** – January–February 2017 TDR Review (OZX00040250).

- **Exhibit 115** – Memorandum from Stan Thomas to Files dated April 6, 2017 (OZX00240179).

- **Exhibit 116** – Loan File Maintenance Form dated April 10, 2017 (OZX00022008).

- **Exhibit 117** – Sixth Modification Agreement and Extension Agreement (OZX00003269).

- **Exhibit 118** – Loan Modification Request dated May 2, 2017 (OZX00003185).

- **Exhibit 119** – 2Q2017 TDR Review (OZX00040252).

- **Exhibit 120** – Memorandum from Stan Thomas to Files dated June 30, 2017 (PwC002926).

- **Exhibit 121** – Seventh Modification Agreement and Extension Agreement (OZX00003668).

- **Exhibit 122** – Loan Modification Request dated July 10, 2017 (OZX00003608).

- **Exhibit 123** – 3Q2017 TDR Review (OZX00040254).

- **Exhibit 124** – Bank 10-Q Q2 2017, https://ir.ozk.com/static-files/449c24a3-8a1b-4285-924c-c6ed2f146be1.

- **Exhibit 125** – Memorandum from Stan Thomas and Frances Hadley to Files dated March 31, 2018 (OZX00401698).

- **Exhibit 126** – Loan Modification Request dated October 4, 2017 (OZX00192947).

- **Exhibit 127** – Eighth Modification Agreement and Extension Agreement (OZX00004354).

- **Exhibit 128** – Ninth Modification Agreement and Extension Agreement (OZX00005206).

- **Exhibit 129** – Loan Modification Request dated January 16, 2018 (OZX00459923).

- **Exhibit 130** – 1Q2018 TDR Review (OZX00240107).

- **Exhibit 131** – Reserve Analysis Spreadsheet dated June 13, 2018 (OZX00483016).

- **Exhibit 132** – Tenth Modification Agreement and Extension Agreement (OZX00006059).

- **Exhibit 133** –  Loan Modification Request dated July 11, 2018 (OZX00006048).

- **Exhibit 134** – 3Q2018 TDR Review (OZX00408771).

- **Exhibit 135** – 1Q2018 TDR Template (PwC017903).

- **Exhibit 136** – JTL Charge-Off Memorandum (OZX00109374).

- **Exhibit 137** – JTL Charge Off Calculation (OZX00027602).

- **Exhibit 138** – Rebuttal Expert Report of René M. Stultz.

- **Exhibit 139** – Form 8-K dated October 18, 2018 (OZX00117485).

- **Exhibit 140** – Earnings Call Transcript dated October 19, 2018 (OZX00214332).

- **Exhibit 141** – Earnings Call Transcript dated January 18, 2019 (OZX00140206).

- **Exhibit 142** – JCPenney Lease dated September 17, 1990 (OZX00178629).

- **Exhibit 143** – Allowance for Loan Losses Spreadsheet (CROWEBOZ0003946).

WHEREFORE, Defendants Bank OZK and George Gleason respectfully request that this Court grant their Motion for Summary Judgment and dismiss Plaintiff's claims in their entirety.

DATED: February 4, 2022

Jess Askew III, Ark. Bar No. 86005
Andrew King, Ark. Bar No. 2007176
Frederick H. Davis, Ark. Bar No. 2012271
KUTAK ROCK LLP
124 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
jess.askew@kutakrock.com
andrew.king@kutakrock.com
Tel: (501) 975-3000

F. Joseph Warin (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
Lissa M. Percopo (*pro hac vice*)
Joshua M. Wesneski (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
fwarin@gibsondunn.com
jmendro@gibsondunn.com
Tel: (202) 955-8500

*Counsel for Defendants Bank OZK and George Gleason*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, in addition to electronically filing a redacted version of the foregoing motion, brief, undisputed statement of material facts, and exhibits using the CM/ECF system, Defendants have served an unredacted copy of the foregoing motion, brief, undisputed statement of material facts, and exhibits on opposing counsel by secure link.

DATED:  February 4, 2022

By: */s/ Jess Askew III*
Jess Askew III, Ark. Bar No. 86005
KUTAK ROCK LLP
124 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
jess.askew@kutakrock.com
Tel: (501) 975-3000

*Counsel for Defendants Bank OZK and George Gleason*