IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND,
Individually and on Behalf of All Others
Similarly Situated                                              PLAINTIFFS

v.                          No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                                     DEFENDANTS

## ORDER

I note in the recent filings the discussion of PricewaterhouseCoopers's role as one of Bank OZK's outside auditors and the related exhibits. I had not focused before now on the identity of these auditors. In reviewing the docket, I see that the parties identified PwC and Crowe as the outside auditors in a joint status report filed in August 2021. *Doc. 100 at 3*. PwC is on my recusal list. An immediate family member is employed by that firm in another state as an auditor. To my knowledge, my family member has not worked on or been involved with any Bank OZK matter. While I'm unable to make a final decision without the benefit of Strathclyde's briefing on the summary judgment issues, and Bank OZK's reply, my tentative thought is that my impartiality in this case could not reasonably be questioned in these circumstances. 28 U.S.C. § 455(a). But, I wanted to alert the parties about this issue and advise them that I will make a final

decision about recusal after I have a clearer sense of how PwC may factor in this case. Though no response is required, I welcome the parties' views. If any party wishes to be heard on this issue, please file a notice along with your next summary-judgment-related paper.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2022