EXHIBIT 2
[Filed Under Seal]



### BANK of the OZARKS
#### Credit Memorandum

---

**Borrower:** A single-asset entity, which is controlled by Cypress Equities.
("Borrower")

**Date:** 7/30/07

**Proposed Loan Amount:** $32,250,000[1]

---

### Brief Overview of the Proposed Lending Structure/Parameters:
This lending opportunity consists of the refinancing of a 475,500 square foot retail center ("Retail Center"), which is located on a 82-acre tract of land near the northeast intersection of Interstate 77 and Dave Lyle Boulevard in Rock Hill, South Carolina ("Land"; the Retail Center and Land are hereinafter collectively referred to as the "Property").

**Location of Property**



### Loan Details:
The Initial Loan amount shall be limited to the lesser of (i) $32,250,000, (ii) an amount equal to the sum of the (a) (existing) loan balance on the Property, plus (b) reasonable closing costs and expenses, plus (c) the Reserves, (iii) 80% of the appraised value of the Property, or (iv) the Loan Sizing Limit. In no event, will Borrower be able to obtain any "cash-out" proceeds on this potential re-financing. Assuming the Loan is fully funded, Bank's Loan basis will be approximately $67.82 per square foot (based on the Retail Center).

---

[1] The Initial Loan amount shall be limited to the lesser of (i) $32,250,000, (ii) an amount equal to the sum of the (a) (existing) loan balance on the Property, plus (b) reasonable closing costs and expenses, plus (c) the Reserves, (iii) 80% of the appraised value of the Property, or (iv) the Loan Sizing Limit. In no event, will Borrower be able to obtain any "cash-out" proceeds on this potential re-financing.

CONFIDENTIAL

For purposes of this Credit Memorandum, Loan Sizing Limit means the Loan amount calculated based on a 1.15 debt service coverage ratio, utilizing the In-Place Net Operating Income generated by the Property, the Interest Rate (as hereinafter defined), and an interest-only payment. In-Place Net Operating Income shall be derived based on (i) executed leases from tenants that are presently occupying space in the Improved Property and are paying their respective rental obligations on a current basis, less (ii) the projected expenses.

## Anticipated Capitalization Structure:

**Rock Hill Galleria**
**Estimated Sources & Uses of Funds**

| Estimated Sources of Funds | $ | % |
|---|---|---|
| Additional Equity[2] | | 0.00% |
| Debt Financing | $32,250,000 | 100.00% |
| **Total Sources** | $32,250,000 | 100.00% |
| **Estimated Uses of Funds** | **$** | **%** |
| Pay-off Existing First Mortgage | $25,370,127 | 78.67% |
| Bank Fees | $161,250 | 0.50% |
| Energy Management System | $75,000 | 0.23% |
| Exterior Facia | $438,500 | 1.36% |
| Roof Replacement | $1,077,491 | 3.34% |
| Door Replacement | $75,000 | 0.23% |
| Interior Lighting | $129,013 | 0.40% |
| HVAC Replacement | $393,384 | 1.22% |
| Exterior Irrigation | $50,000 | 0.16% |
| Exterior Landscaping | $175,000 | 0.54% |
| Interior Landscaping | $10,000 | 0.03% |
| Parking Lot Lighting | $200,000 | 0.62% |
| Parking Lot Overlay | $1,000,000 | 3.10% |
| Pylon Signage | $80,000 | 0.25% |
| Tenant Improvement Reserve | $2,171,334 | 6.73% |
| Hard Cost Contingency | $185,169 | 0.57% |
| Leasing Commissions | $397,408 | 1.23% |
| Permits/Impact Fees | $25,000 | 0.08% |
| Soft Cost Contingency | $1,250 | 0.00% |
| Legal | $100,000 | 0.31% |
| Title/Survey | $20,000 | 0.06% |
| Other Closing Costs | $15,000 | 0.05% |
| Miscellaneous | $100,074 | 0.31% |
| **Total Uses** | $32,250,000 | 100.00% |

## Loan Reserves/Funding:

Out of the Initial Loan Amount, Bank will require that certain funds be reserved (withheld at closing) and used to cover specific expenditures including, but not limited to (i) leasing commissions and tenant improvement costs ("TI/LC Reserve"), and (ii) capital

---

[2] While it is not anticipated that Borrower will contribute any additional cash equity as part of this proposed re-financing, Borrower will be required to document and prove to Bank's satisfaction that is has a remaining cash investment in the Property of at least $7,800,000.

CONFIDENTIAL

expenditures ("Cap Ex Reserve"; the TI/LC Reserve and Cap Ex Reserve are hereinafter collectively referred to as the "Reserves"). While it is estimated that the initial TI/LC Reserve and Cap Ex Reserve will be $2,568,750[3] and $3,915,000[4] respectively, the actual amount of each of the Reserves is subject to Bank's approval. No interest expense will accrue on the Reserves until (and to the extent that) they are drawn.

All Loan funding, if any, (up to the Initial Loan amount) will be drawn by Borrower only in accordance with a budget approved by Bank. Assuming that Bank has approved Borrower's budget, Borrower will be permitted to immediately utilize the Cap Ex Reserve in accordance therewith. With respect to the TI/LC Reserve, Borrower will only be permitted to draw from the reserve to the extent that each proposed lease is accretive to the value of the Property (as determined by Bank).

**Interest Rate/Term/Bank Fees/Guaranty:**
The Interest Rate on the Loan will float at the LIBOR plus 170 basis points. Borrower shall choose to have the one (1) month, three (3) month or six (6) month LIBOR rate apply. The initial term of the Loan shall be for one (1) year ("Term"). Bank will be paid a fee equal to 0.50% of the Loan Amount at closing[5].

During the initial Term of the Loan, Borrower will make monthly interest-only payments to Bank. The unpaid principal balance and all accrued interest, if any, shall be due and payable at the expiration of the Term of the Loan.

Generally, the Loan will be non-recourse; however, a guarantor, possessing substantial financial strength (and in any event which is acceptable to Bank) will guarantee the Loan with respect to typical "bad boy" carve-out provisions.

**Extension of Loan Term:**
The Loan may be extended for one (1) additional period of one (1) year ("Loan Extension"); however, the Loan shall only be extended in the event that (i) the Borrower pays Bank a fee equal to .25% of the then outstanding Loan balance for the extension[6], (ii) neither the Borrower's nor the Guarantor's financial conditions have changed in an unfavorable manner, (iii) no default has occurred under the Loan documents, (iv) the LTV on the Property is at or below 75% (at the time of Loan Extension); and (v) the Property is generating a debt service coverage ratio at or above 1.15 (at the time of Loan Extension). Notwithstanding the foregoing, any Loan Extension will be subject to Bank's discretion.

For purposes of Loan Extension, "debt service coverage ratio" shall be calculated utilizing the In-Place Net Operating Income from the Property, the then existing Interest

---

[3] The TI/LC Reserve includes the amounts shown as Tenant Improvement Reserve and Leasing Commissions in the Estimated Sources and Uses of Funds.
[4] All of the amounts shown on the Estimated Sources and Uses of Funds with the exception of the Existing First Mortgage, Bank Fees, Tenant Improvement Reserve, Leasing Commissions, Legal, Title/Survey, Other Closing Costs, and Miscellaneous comprise the Cap Ex Reserve.
[5] $161,250 based on a $32,250,000 Loan Amount.
[6] $80,625 based on a fully funded Loan.

CONFIDENTIAL

Rate, and a thirty (30) year amortization period.  With respect to this paragraph, the term "In-Place Net Operating Income" shall mean (i) the in-place rental income (as reasonably determined by Bank) for the Property, and less (ii) the actual expenses incurred (which are not reimbursed by the tenants).

During the Loan Extension, (i) the Interest Rate shall continue to float (on a daily basis) at the LIBOR plus 170 basis points, but Borrower will make Monthly Amortizing Payments to Bank.  The unpaid principal balance and all accrued interest, if any, shall be due and payable at the expiration of the Term of the Loan Extension.

### Collateral for Loan:
A first mortgage lien on the Property, along with improvements, amenities and appurtenances thereto, plus an assignment of all sales contracts, rents, leases, plus all design, development, service, management, leasing and construction contracts associated with the Property. Bank will take an assignment of all personal property associated with the Property.

### Information on Existing First Mortgage Debt:
Cypress Equities purchased the Retail Center in March 2004 with a loan of $27,378,000 (the loan has an outstanding balance of $25,055,240 as of July 17, 2007). The loan was originated with SunTrust, which was subsequently purchased by Wachovia.  The primary purpose of the initial loan was to acquire the Property and complete interior renovations thereon. As the interior renovations have been completed, Sponsor intends to complete other improvements (primarily exterior in nature) to (i) attract additional tenants, and (ii) permit Borrower to charge higher rental rates on new tenancy and expiring leases (see photos attached to Credit Memorandum).

**Aerial of Land:**



CONFIDENTIAL

Staubach – Rock Hill Galleria
Page 5 of 16

---

*See exhibit "A" for a larger aerial.

## Land:

As previously noted, the Land is located on a 82-acre tract of land near the northeast intersection of Interstate 77 and Dave Lyle Boulevard in Rock Hill, South Carolina. Interstate 77 is an eight (8) lane divided highway and Dave Lyle Boulevard is a four (4) lane divided thoroughfare.

The current traffic count (northbound and southbound) for Interstate 77 just north of the intersection is 55,200, and the count just south of the intersection is 70,000. The current traffic count (westbound and eastbound) for Dave Lyle Boulevard just west of the intersection is 25,200, and the count just east of the intersection is 21,100. Interstate 77 is the major north/south transportation artery connecting Charlotte to Columbia. Dave Lyle Blvd. is one of the main roads traveled to get from downtown Rock Hill to Interstate 77.

## Local Area/Demographics:

As previously noted, the Property is located in Rock Hill, South Carolina. The population and number of residences near the Property are projected to grow at a healthy rate over the next five (5) years. Within three (3) miles of the Property, 2006 population is estimated at 14,413 with an estimated 5,818 houses. It is projected that by 2011, there will be approximately 15,977 people with an estimated 6,495 houses. Within five (5) miles of the Property, 2006 population is estimated at 71,701 with an estimated 27,672 houses. It is projected that by 2011, there will be approximately 79,615 people with an estimated 30,978 houses. The median age of the population base (within the five mile area) is just over 33.53 years old, while the average household income is approximately $54,809 and the median income is approximately $43,386.

## Retail Center:

Borrower has indicated that the Retail Center was originally completed in 1992. Several of the current anchor tenants executed leases near the time of the completion of the Property. Specifically, Sears, JC Penney's and Belk all executed leases in 1991. In addition, the Wal-Mart lease was executed in 1992[7].

Today, the Retail Center is over 92% occupied (see attached rent roll exhibit "B") and based on current leases should have little tenant turnover during the next 12 (14.42%) and 24 months (additional 5.62%; see lease expiration report below). The Property is anchored by Sears, JC Penney, Goody's, Belk, and Steve & Barry's Sportswear.

In hindsight, the Retail Center was probably developed a little too early as evidenced by the development of a substantial amount of retail near the intersection of Interstate 77 and Dave Lyle Boulevard in recent years. Today, all four corners of the intersection have been densely developed, and include the Retail Center and a Wal-Mart Store, which is immediately adjacent to the Property (on the east), a Food Lyon and Lowe's anchored retail center at the southeast intersection, a Target anchored center at the southwest

---

[7] While the land and building housing the Wal-Mart store are not part of the Property, the tenant is adjacent to the Property (eastern side) and its presence certainly assists with traffic flow to the Property

Z:\Staubach - Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

CONFIDENTIAL

intersection, and the center at the northwest intersection has several "mini-anchors" including TJ Max, Ross, Linen–N–Things, Michaels, and others. In addition, Hobby Lobby and Kohls have executed a lease on a site that is east (and should be inferior) of the Retail Center.

The initial Term of the Loan is for one (1) year due to upcoming expirations of leases for the anchor tenants. The anchor tenants lease expirations are as follows:

**Rock Hill Galleria**
**Anchor Tenant Lease Expirations**

| Tenant | Square Feet | Expiration Date |
|---|---|---|
| Goody's | 30,000 | May 2008 |
| Sears | 86,462 | April - 2011 |
| Belk | 80,321 | May - 2011 |
| JC Penney | 51,660 | August - 2011 |
| Steve and Barry's | 66,640 | January - 2012 |

The closing of the lending opportunity is dependent upon Bank's receipt of estoppel certificates and SNDAs for certain tenants, as well as reviewing lease agreements for any unacceptable co-tenancy issues (as determined by Bank in its sole discretion) at the Property.

## Sales Comparison:

Unfortunately, Sponsor is unable to obtain sales data on the anchor tenants. Therefore, we have compared sales per square foot at Rock Hill Galleria to the national averages for certain tenants (as available):

**Rock Hill Galleria**
**Sales Comparison (PSF)**

| | Rock Hill | National Average |
|---|---|---|
| Aeropostale | $438 | $471 |
| American Eagle Outfitters | $292 | $372 |
| Bath & Body | $502 | $507 |
| Claire's | $535 | $339 |
| Electronics Boutique | $710 | $961 |
| Fashion Bug | $62 | $110 |
| Foot Locker | $248 | $316 |
| Hot Topic | $274 | $619 |
| Radio Shack | $170 | $342 |
| Victoria's Secret | $298 | $581 |
| Zales Jewelers | $319 | $839 |

## Local Sub-Market Information:

Rock Hill Galleria is located within 30 miles of Charlotte, in the desirable York County, the fourth most populated county in South Carolina. This Retail Center sits in the middle of the retail hub along the Interstate 77 corridor with easy access to the county's greatest population growth area. Anchored by Belk, Sears, JC Penney, Goody's, Steve & Barry's and Wal-Mart, Rock Hill Galleria features more than 45 successful shops and restaurants.

Z:\Staubach - Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

CONFIDENTIAL

The county boasts a thriving business climate with investments by numerous national and international firms. York County is a lucrative center for industry, communications, and technology. It has averaged over $200 million annually in industry and business development, and recently, new and expanding businesses have created almost 4,000 new jobs and more than $652 million in capital investments.

The average household income within both a 10 and a 15-mile radius tracks far and above the state and the US average. More than 50% of the trade area averages $50,000+ per year in household income, and more than 30% of the market earns in excess of $75,000. In the 15-mile trade area, white-collar occupations dominate at 68%, with blue-collar occupations comprising 21%. More than 33% of the Rock Hill market, which is home to the renowned Winthrop University, has 4+ years of college.

Rock Hill Galleria is located in the heart of strong residential growth. The population growth rate for the next five years is projected at 16% within a 10-mile radius and 14.8% within a 15-mile radius. Much of the upscale, new home construction is concentrated along the I-77 corridor with quick and immediate access to the Rock Hill Galleria.

## Management and Leasing of the Property:

Until recently, management and leasing at Rock Hill Galleria was handled by General Growth; however, due to Sponsor's disappointment with the leasing velocity and overall performance, they hired Jones Lang LaSalle to take over the management and leasing efforts. In addition to Jones Lang LaSalle, Sponsor also recently hired Susan Longly and Ed Curry to help with leasing, both of whom have over 20 years of mall leasing experience. Jones Lang LaSalle also placed one of their employees as the new mall manager.

## Proposed Improvements to the Retail Center:

Assuming this proposed re-financing is approved, Borrower intends to complete a substantial amount of aesthetic improvements to the Property. The Sponsor's believes that these "improvements" will assist with its efforts to expand JC Penney's presence (and lengthen its tenure) in the Retail Center and should have a similar affect on the other anchor tenants, whose leases will be expiring during the next few years.

Z:\Staubach  Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

OZX00392814

Staubach – Rock Hill Galleria
Page 8 of 16

<u>**Rock Hill Galleria – Leasing Assumptions**</u>



## Lease Expiration Report:

The rent roll as of August 2007 indicates the Property is slightly more than 92% occupied. The expirations for 2007-2008 are as follows:

**Rock Hill Galleria**
**Lease Expirations**

| Tenant | Suite | Rent PSF | Expiration Date | Square Feet | % of Total |
|---|---|---|---|---|---|
| Shoe Show (MTM) | 610 | $6.30 | 8/07 | 3,666 | 0.77% |
| A Slice of Italy | 315 | $30.75 | 9/07 | 813 | 0.17% |
| FootAction | 805 | $20.00 | 9/07 | 4,549 | 0.96% |
| Fine's | 820 | $14.99 | 9/07 | 3,202 | 0.67% |
| GNC | 120 | $19.00 | 10/07 | 1,353 | 0.28% |
| China Shuttle | 325 | $66.67 | 10/07 | 600 | 0.13% |
| Fashion Bug | 800 | $4.59 | 1/08 | 10,677 | 2.25% |
| Anne's Hallmark | 230 | $14.92 | 2/08 | 2,933 | 0.62% |
| Record Cellar | 530 | $14.53 | 2/08 | 4,128 | 0.87% |
| Images | 815 | $13.75 | 2/08 | 2,288 | 0.48% |
| Goody's | 5 | $7.20 | 5/08 | 30,000 | 6.31% |
| Hair Cuttery | 742 | $30.00 | 5/08 | 812 | 0.17% |
| Manhattan | 520 | $13.00 | 7/08 | 3,531 | 0.74% |
| Army, Navy, AirForce | 105 | $27.00 | 8/08 | 3,373 | 0.71% |

Z:\Staubach - Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

OZX00392815

Staubach – Rock Hill Galleria
Page 9 of 16

| | | | | | |
|---|---|---|---|---|---|
| Showmar's | 250 | $18.49 | 10/08 | 2,361 | 0.50% |
| Rainbow | 512 | $10.60 | 1/09 | 7,546 | 1.59% |
| Bath & Body | 715 | $20.00 | 1/09 | 2,969 | 0.62% |
| Shoe Department | 730 | $18.50 | 2/09 | 5,443 | 1.14% |
| Names In A Hurry | 702 | $15.18 | 3/09 | 1,018 | 0.21% |
| Regis Hairstylists | 140 | $26.13 | 5/09 | 995 | 0.21% |
| Radio Shack | 840 | $11.33 | 5/09 | 3,003 | 0.63% |
| **Total/Average:** | | | | 95,260 | 20.04% |
| **Weighted Average:** | | $12.32 | | | |

*The entire rent roll is attached to the Credit Memorandum as exhibit "B".

## Estimated In-Place NOI:

### Rock Hill Galleria

| Estimated NOI | Year 1 | Year 2 |
|---|---|---|
| Potential Gross Revenue | $3,211,293 | $3,708,415 |
| Absorption & Turnover Vacancy | -$24,700 | -$119,398 |
| Scheduled Base Rental Income | $3,186,593 | $3,589,017 |
| CPI & Other Adjustment Revenue | $0 | $0 |
| Expense Reimbursement Revenue | $1,136,940 | $1,422,722 |
| Other Revenue | $594,353 | $607,842 |
| Total Potential Gross Revenue | $4,917,886 | $5,619,581 |
| General Vacancy | -$58,950 | -$74,586 |
| **Effective Gross Revenue** | $4,858,936 | $5,544,995 |
| **Operating Expenses** | $0 | $0 |
| Security | $203,950 | $210,068 |
| Int Maintenance | $239,730 | $246,922 |
| Ext Maintenance | $177,139 | $182,453 |
| Utilities | $261,055 | $268,887 |
| HVAC | $30,000 | $30,900 |
| Administrative | $327,877 | $337,713 |
| Food Court | $32,700 | $33,681 |
| Marketing | $178,038 | $183,379 |
| Real Estate Taxes - Mall | $550,000 | $566,500 |
| Insurance | $96,804 | $99,708 |
| Management Fee | $170,063 | $194,075 |
| Specialty Leasing Fees | $14,800 | $15,244 |
| Specialty Leasing Expense | $40,977 | $42,206 |
| Misc. Owner's Expense | $178,500 | $183,855 |
| **Total Operating Expenses** | $2,501,633 | $2,595,591 |
| **Net Operating Income** | $2,357,303 | $2,949,404 |

Z:\Staubach - Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

CONFIDENTIAL

## Estimated DSCR:

**Rock Hill Galleria**

| Estimated DSCR (based on projected Loan balance) | Year 1 | Year 2 |
|---|---|---|
| **Interest-Only DSCR** | | |
| **7.02%** | 1.22 | 1.32 |
| **7.52%** | 1.14 | 1.23 |
| **8.02%** | 1.07 | 1.16 |
| **30 Year Amortizing DSCR** | | |
| **7.02%** | 1.06 | 1.14 |
| **7.52%** | 1.01 | 1.09 |
| **8.02%** | 0.97 | 1.04 |

## Sponsor's Strategy:

Sponsor is currently in negotiations to expand JC Penney's presence in the Retail Center. Assuming an agreement is reached, it's likely that JC Penney will continue to occupy its current space, and will expand into the interior of the Retail Center as well.  This will also allow Borrower to relocate additional tenants in the Retail Center, as well as hopefully extending other anchor tenant leases.

The Sponsor plans to improve the exterior fascia, to replace the roof, to improve the interior and parking lot lighting, to improve the parking lot overlay and striping, and to complete many other tenant improvements to the existing Property.

**Rock Hill Galleria**
**Net Sale Proceeds at Various Capitalization Rates**

| | | Year 1 | Year 2 |
|---|---|---|---|
| | **NOI** | $2,357,303 | $2,949,404 |
| 6.50% | Cap Rate | $36,258,539 | $43,106,674 |
| 7.50% | Cap Rate | $31,421,867 | $37,359,117 |
| 8.50% | Cap Rate | $27,722,958 | $32,963,927 |

For purposes of calculating net sales proceeds, we have estimated a 5% cost of sale.

**Rock Hill Galleria**
**Estimated Proceeds of Permanent Financing**

| | Year 1 NOI | | Year 2 NOI | |
|---|---|---|---|---|
| Estimated NOI (prior 3 months) | $2,436,856 | $2,436,856 | $3,250,588 | $3,250,588 |
| Estimated Interest Rate | 6.45% | 6.55% | 6.45% | 6.55% |
| Required DSCR | 1.18 | 1.25 | 1.18 | 1.25 |
| Amortization Period (Yrs) | 30 | 30 | 30 | 30 |
| Estimated TI/LC Reserve (psf) | $0.25 | $0.45 | $0.25 | $0.45 |
| Estimated Cap Ex Reserve (psf) | $0.15 | $0.20 | $0.15 | $0.20 |
| Estimated Loan Sizing | $25,233,197 | $22,326,256 | $34,372,585 | $30,864,535 |
| Estimated Loan Balance | $30,673,724 | $30,673,724 | $32,134,926 | $32,134,926 |

CONFIDENTIAL

OZX00392817

## Sponsor's Experience:

Cypress Equities was founded in 1995 and is headquartered in Dallas, TX. Cypress is the retail, resort and mixed-use development affiliate of The Staubach Company. Cypress is currently developing over $1.7 Billion in projects across the country through its five development offices.

As the retail development arm, Cypress Equities gains unparalleled access to retailers through Staubach Retail. Staubach Retail focuses exclusively on retailers and their real estate needs to position and grow their store base. Staubach Retail has 21 offices, represents over 500 retailers and has 204 professionals working for them.

## Affiliated Lending Relationships:

At present, there is no lending or depository relationship between Bank and Borrower or Guarantor.

## Borrower:

Financial information on the borrower is as follows:

| Name | Total Asset | Total Liab. | Net Worth | AGI/ Net Income | Cash/ Cash Equiv. | Date of Financials | Credit Scores |
|------|-------------|-------------|-----------|-----------------|-------------------|--------------------|---------------|
| Rock Hill II, LP | $32.6MM | $25.8MM | $6.8M | $364K[8] | $560K | 6/30/2007 | N/A |

## Guarantor (non-recourse):

Generally, the Loan will be non-recourse; however Cypress Equities I, LP ("Guarantor") will guarantee the Loan with respect to typical "bad boy" carve-out provisions.

Financial information on the Guarantor is as follows:

| Name | Total Asset | Total Liab. | Net Worth | AGI/ Net Income | Cash/ Cash Equiv. | Date of Financials | Credit Scores |
|------|-------------|-------------|-----------|-----------------|-------------------|--------------------|---------------|
| Cypress Equities | $27.8MM | $23.2MM | $4.6M | $2.8MM[9] | $1.9MM | 6/30/07 | N/A |

## Recommendation:

Based on the existing In-Place DSCR generated by the Property, and the Borrower's extensive (and successful) real estate development and investment history, I recommend that we approve the Loan, subject to the Bank's approval of all third-party reports and other items as noted in the Credit Proposal.

---

[8] Net income is based on Rock Hill Galleria's 6-month income statement.
[9] Net income is based on Cypress Equities 6-month income statement.

Z:\Staubach - Rockhill Galleria\Credit Memo and Bluie\Credit_Memo_Rock_Hill.doc

CONFIDENTIAL

OZX00392818

Staubach – Rock Hill Galleria
Page 12 of 16

**Exhibit A**



Z:\Staubach - Rockhill Galleria\Credit Memo and Blue\Credit_Memo_Rock_Hill.doc

CONFIDENTIAL

OZX00392819

Staubach – Rock Hill Galleria
Page 13 of 16

## Exhibit B

SEE ATTACHED RENT ROLL

CONFIDENTIAL

OZX00392820

58025

**JONES LANG LASALLE.**

Jones Lang LaSalle
Detail Rent Roll
ROCK HILL GALLERIA

PAGE 1
DATE 7/27/07
TIME 03:33:58 PM
AS OF DATE 08/01/07
Monthly

BUSINESS UNIT - 1867500000 Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FLOOR NUMBER** | | | | **DEPT   Department Store** | | | | | | | | | | | |
| 001 | 4389391 | 278682 | RT | SEARS | 86,462 | 04/08/91 | 04/07/11 | | | Base/Minimum Rent | 16,211.63 | 2.25 | 18,373.18 | | |
| | | | | | | | | | | CAM Charge | 2,161.55 | .30 | | | |
| | | | | | | | | | | TOTAL | 18,373.18 | | | | |
| 002 | 4388997 | 278620 | RT | BELK | 80,321 | 05/16/91 | 05/15/11 | | | Base/Minimum Rent | 21,666.67 | 3.24 | 22,666.67 | | |
| | | | | | | | | | | CAM Charge | 1,000.00 | .15 | | | |
| | | | | | | | | | | TOTAL | 22,666.67 | | | | |
| 003 | 4389164 | 278668 | RT | JCPENNEY | 51,660 | 08/07/91 | 08/31/11 | | | Base/Minimum Rent | 15,697.50 | 3.65 | 17,421.16 | | |
| | | | | | | | | | | CAM Charge | 1,723.66 | .40 | | | |
| | | | | | | | | | | TOTAL | 17,421.16 | | | | |
| 004 | 4389463 | 278690 | RT | WAL-MART | 208,048 | 05/01/92 | 12/31/49 | | | | | | | | |
| 005 | 4389121 | 278664 | RT | GOODY'S FAMILY CLOTHING | 30,000 | 03/12/98 | 03/31/08 | | | Base/Minimum Rent | 18,000.00 | 7.20 | 23,516.04 | | |
| | | | | | | | | | | CAM Charge | 1,625.00 | .65 | | | |
| | | | | | | | | | | Insurance | 450.00 | .18 | | | |
| | | | | | | | | | | Marketing Fund | 375.00 | .15 | | | |
| | | | | | | | | | | Real Estate Tax | 3,066.04 | 1.23 | | | |
| | | | | | | | | | | TOTAL | 23,516.04 | | | | |
| 006 | 4389447 | 278687 | RT | STEVE & BARRY'S | 66,640 | 05/21/04 | 01/31/12 | | | Base/Minimum Rent | 30,543.33 | 5.50 | 30,543.33 | | |
| | 6 LEASED | 100.00 % OF TOTAL SQ FT | | | 523,131 | | | | | | 112,520.38 | | 112,520.38 | | |
| | 0 VACANT | .00 % OF TOTAL SQ FT | | | | | | | | | | | | | |
| | | **FLOOR TOTALS** | | | 523,131 | | | | | | 112,520.38 | | 112,520.38 | | |
| **FLOOR NUMBER** | | | | **ILIN   In-Line** | | | | | | | | | | | |
| 105 | 4388962 | 278618 | RT | ARMY, NAVY, AIRFORCE, MARINES | 3,373 | 08/15/03 | 08/14/08 | | | Base/Minimum Rent | 7,589.25 | 27.00 | 7,589.25 | | |

· Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392821

58025

**JONES LANG LASALLE.**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

PAGE     2
DATE     7/27/07
TIME     03:33:58 PM
AS OF DATE   08/01/07
Monthly

BUSINESS UNIT -    1867500000 Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | | | | *** Vacant Unit *** | 1,845 | | | | | | | | | | | |
| 115 | | | | *** Vacant Unit *** | 1,845 | | | | | | | | | | | |
| 130 | 4389113 | 278663 | RT | GNC | 1,353 | 10/01/91 | 10/31/07 | | | Base/Minimum Rent | 2,142.25 | 19.00 | 3,870.42 | | | |
| | | | | | | | | | | CAM Charge | 879.47 | 7.80 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .44 | | | | |
| | | | | | | | | | | Insurance | 158.26 | 1.40 | | | | |
| | | | | | | | | | | Real Estate Tax | 426.96 | 3.79 | | | | |
| | | | | | | | | | | Sprinkler Income | 39.46 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .44 | | | | |
| | | | | | | | | | | Marketing Fund | 124.02 | 1.10 | | | | |
| | | | | | | | | | | TOTAL | 3,870.42 | | | | | |
| 125 | 5015287 | 278635 | RT | FINE'S | 2,694 | 07/15/07 | 01/31/08 | | | Base/Minimum Rent | 3,500.00 | 15.59 | 3,500.00 | | | |
| 135 | 4389041 | 278627 | RT | ELECTRONICS BOUTIQUE | 827 | 11/13/00 | 11/30/10 | | | Base/Minimum Rent | 2,916.67 | 42.32 | 3,986.37 | | | |
| | | | | | | | | | | CAM Charge | 492.69 | 7.15 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .73 | | | | |
| | | | | | | | | | | Marketing Fund | 109.96 | 1.60 | | | | |
| | | | | | | | | | | Real Estate Tax | 282.28 | 4.10 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 60.65 | .88 | | | | |
| | | | | | | | | | | Sprinkler Income | 24.12 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .73 | | | | |
| | | | | | | | | | | TOTAL | 3,986.37 | | | | | |
| 140 | 4389383 | 278681 | RT | REGIS | 995 | 06/01/01 | 05/31/09 | | | Base/Minimum Rent | 2,166.67 | 26.13 | 3,387.43 | | | |
| | | | | | | | | | | Sales Tax Payable | 3.60 | .04 | | | | |
| | | | | | | | | | | CAM Charge | 578.17 | 6.97 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .60 | | | | |
| | | | | | | | | | | Marketing Fund | 170.34 | 2.05 | | | | |
| | | | | | | | | | | Real Estate Tax | 339.63 | 4.10 | | | | |
| | | | | | | | | | | Sprinkler Income | 29.02 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .60 | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392822

58025

**Jones Lang LaSalle**

**JONES LANG LASALLE.**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

**BUSINESS UNIT -   1867500000  Rock Hill Galleria**
Rock Hill Galleria
3301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | TOTAL | 3,307.43 | | | | | |
| 200 | 4389156 | 278667 | RT | HOT TOPIC | 1,817 | 05/18/05 | 05/31/15 | | | Base/Minimum Rent | 1,875.00 | 12.38 | 1,875.00 | | | |
| 215 | 4388920 | 278615 | RT | AMERICAN EAGLE OUTFITTERS | 5,892 | 03/01/01 | 01/31/12 | | | Base/Minimum Rent | 7,856.00 | 16.00 | 14,535.08 | | | |
| | | | | | | | | | | Sales Tax Payable | 13.04 | .03 | | | | |
| | | | | | | | | | | CAM Charge | 3,480.77 | 7.09 | | | | |
| | | | | | | | | | | HVAC Regular | 150.00 | .31 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,814.06 | 3.69 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 432.08 | .88 | | | | |
| | | | | | | | | | | Sprinkler Income | 73.65 | .15 | | | | |
| | | | | | | | | | | Trash Removal | 245.80 | .50 | | | | |
| | | | | | | | | | | Marketing Fund | 469.98 | .96 | | | | |
| | | | | | | | | | | TOTAL | 14,535.08 | | | | | |
| 230 | 4388946 | 278617 | PL | ANN'S HALLMARK | 2,933 | 10/30/00 | 02/29/08 | | | Pct In Lieu Of Base | | | 77.99 | | | |
| | | | | | | | | | | Marketing Fund | 77.99 | .32 | | | | |
| | | | | | | | | | | TOTAL | 77.99 | | | | | |
| 240 | 4389471 | 278691 | RT | YANKEE CANDLE | 1,175 | 07/02/05 | 07/31/15 | | | Base/Minimum Rent | 2,154.17 | 22.00 | 4,020.88 | | | |
| | | | | | | | | | | CAM Charge | 1,103.28 | 11.27 | | | | |
| | | | | | | | | | | Marketing Fund | 161.92 | 1.65 | | | | |
| | | | | | | | | | | Real Estate Tax | 327.04 | 3.34 | | | | |
| | | | | | | | | | | Sprinkler Income | 24.47 | .25 | | | | |
| | | | | | | | | | | Storage Charge | 250.00 | 2.55 | | | | |
| | | | | | | | | | | TOTAL | 4,020.88 | | | | | |
| 245 | 4389017 | 278623 | RT | CLAIRE'S | 713 | 02/01/01 | 01/31/11 | | | Base/Minimum Rent | 3,083.13 | 51.89 | 4,011.91 | | | |
| | | | | | | | | | | Sales Tax Payable | 5.12 | .09 | | | | |
| | | | | | | | | | | CAM Charge | 424.77 | 7.15 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .84 | | | | |
| | | | | | | | | | | Real Estate Tax | 206.77 | 3.48 | | | | |
| | | | | | | | | | | Sprinkler Income | 29.11 | .49 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .84 | | | | |
| | | | | | | | | | | Marketing Fund | 163.01 | 2.74 | | | | |

· Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392823

58025

**Jones Lang LaSalle**

PAGE   4
DATE   7/27/07
TIME   03:33:58 PM
AS OF DATE   08/01/07
Monthly

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

BUSINESS UNIT -   1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | TOTAL | 4,011.91 | | | | | |
| 250 | 4389439 | 278686 | RT | SHOWMARS | 2,361 | 03/15/00 | 03/28/10 | | | Base/Minimum Rent | 3,637.91 | 18.49 | 6,045.52 | | | |
| | | | | | | | | | | CAM Charge | 1,170.58 | 5.95 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .25 | | | | |
| | | | | | | | | | | Insurance | 118.05 | .60 | | | | |
| | | | | | | | | | | Marketing Fund | 245.91 | 1.25 | | | | |
| | | | | | | | | | | Real Estate Tax | 546.91 | 2.78 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 157.33 | .80 | | | | |
| | | | | | | | | | | Sprinkler Income | 68.83 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .25 | | | | |
| | | | | | | | | | | TOTAL | 6,045.52 | | | | | |
| 300 | | | | *** Vacant Unit *** | 471 | | | | | | | | | | | |
| 302 | | | | *** Vacant Unit *** | 513 | | | | | | | | | | | |
| 305 | | | | *** Vacant Unit *** | 513 | | | | | | | | | | | |
| 310 | | | | *** Vacant Unit *** | 552 | | | | | | | | | | | |
| 315 | 4388882 | 278609 | RT | A SLICE OF ITALY PIZZARIA | 813 | 09/09/97 | 09/30/10 | | | Base/Minimum Rent | 3,073.30 | 45.36 | 4,407.32 | | | |
| | | | | | | | | | | CAM Charge | 576.72 | 8.51 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .74 | | | | |
| | | | | | | | | | | Insurance | 50.00 | .74 | | | | |
| | | | | | | | | | | Marketing Fund | 161.60 | 2.39 | | | | |
| | | | | | | | | | | Other Reimb Inc - Tenant | 90.00 | 1.33 | | | | |
| | | | | | | | | | | Real Estate Tax | 233.55 | 3.45 | | | | |
| | | | | | | | | | | Sprinkler Income | 117.05 | 1.73 | | | | |
| | | | | | | | | | | Sales Tax Payable | 5.10 | .08 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .74 | | | | |
| | | | | | | | | | | TOTAL | 4,407.32 | | | | | |
| 320 | | | | *** Vacant Unit *** | 600 | | | | | | | | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392824

58025

**JONES LANG LASALLE**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

BUSINESS UNIT -    1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325 | 4389009 | 278621 | RT | CHIMA SHUTTLE | 600 | 10/01/99 | 09/30/09 | | | Base/Minimum Rent | 3,333.33 | 66.67 | 5,587.87 | | | |
| | | | | | | | | | | Sales Tax Payable | 5.53 | .11 | | | | |
| | | | | | | | | | | CAM Charge | 442.62 | 8.85 | | | | |
| | | | | | | | | | | F/C - CAM On Acct | 1,282.43 | 25.65 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | 1.00 | | | | |
| | | | | | | | | | | Real Estate Tax | 174.00 | 3.48 | | | | |
| | | | | | | | | | | Sprinkler Income | 29.00 | .58 | | | | |
| | | | | | | | | | | Trash Removal | 100.00 | 2.00 | | | | |
| | | | | | | | | | | Marketing Fund | 170.96 | 3.42 | | | | |
| | | | | | | | | | | **TOTAL** | **5,587.87** | | | | | |
| 330 | 4530877 | 284700 | RT | COOKIE STORE, THE | 569 | 06/21/07 | 02/28/17 | | | Base/Minimum Rent | 1,916.67 | 40.42 | 2,485.67 | | | |
| | | | | | | | | | | CAM Charge | 521.58 | 11.00 | | | | |
| | | | | | | | | | | Marketing Fund | 47.42 | 1.00 | | | | |
| | | | | | | | | | | **TOTAL** | **2,485.67** | | | | | |
| 400 | 4389308 | 278676 | PL | PACSUN | 3,478 | 04/05/02 | 12/31/12 | | | Pct In Lieu Of Base | | | 296.44 | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .17 | | | | |
| | | | | | | | | | | Sprinkler Income | 101.44 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 145.00 | .50 | | | | |
| | | | | | | | | | | **TOTAL** | **296.44** | | | | | |
| 415 | 4389480 | 278692 | RT | ZALES JEWELERS | 1,875 | 11/01/00 | 12/31/10 | | | Base/Minimum Rent | 7,083.81 | 45.33 | 9,320.42 | | | |
| | | | | | | | | | | CAM Charge | 1,117.03 | 7.15 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .32 | | | | |
| | | | | | | | | | | Real Estate Tax | 543.75 | 3.48 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 160.40 | 1.03 | | | | |
| | | | | | | | | | | Sprinkler Income | 54.69 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .32 | | | | |
| | | | | | | | | | | Marketing Fund | 261.74 | 1.68 | | | | |
| | | | | | | | | | | **TOTAL** | **9,320.42** | | | | | |
| 425 | | | | *** Vacant Unit *** | 696 | | | | | | | | | | | |

- Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392825

58025

**Jones Lang LaSalle**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

PAGE     6
DATE     7/27/07
TIME     03:33:58 PM
AS OF DATE   08/01/07
Monthly

BUSINESS UNIT -   1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd. Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | | | | ** Vacant Unit ** | 794 | | | | | | | | | | | |
| 505 | | | | *** Vacant Unit *** | 755 | | | | | | | | | | | |
| 510 | 4389105 | 278661 | RT | FRIEDMAN'S JEWELERS | 1,039 | 10/12/97 | 10/31/09 | | | Base/Minimum Rent | 4,414.88 | 50.99 | 5,881.45 | | | |
| | | | | | | | | | | CAM Charge | 884.88 | 10.22 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .58 | | | | |
| | | | | | | | | | | Marketing Fund | 86.58 | 1.00 | | | | |
| | | | | | | | | | | Real Estate Tax | 311.37 | 3.60 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 53.44 | .62 | | | | |
| | | | | | | | | | | Sprinkler Income | 30.30 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .58 | | | | |
| | | | | | | | | | | TOTAL | 5,881.45 | | | | | |
| 512 | 4389367 | 278678 | RT | RAINBOW APPAREL | 7,546 | 04/22/98 | 01/31/09 | | | Base/Minimum Rent | 6,666.67 | 10.60 | 6,892.44 | | | |
| | | | | | | | | | | HVAC Regular | 100.00 | .16 | | | | |
| | | | | | | | | | | Trash Removal | 125.77 | .20 | | | | |
| | | | | | | | | | | TOTAL | 6,892.44 | | | | | |
| 520 | 4389210 | 278672 | RT | MANHATTAN | 3,531 | 07/27/00 | 07/31/08 | | | Base/Minimum Rent | 3,825.25 | 13.00 | 8,095.28 | | | |
| | | | | | | | | | | Sales Tax Payable | 6.35 | .02 | | | | |
| | | | | | | | | | | CAM Charge | 2,103.60 | 7.15 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .17 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,205.25 | 4.10 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 258.94 | .88 | | | | |
| | | | | | | | | | | Sprinkler Income | 102.99 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .17 | | | | |
| | | | | | | | | | | Marketing Fund | 492.90 | 1.68 | | | | |
| | | | | | | | | | | TOTAL | 8,095.28 | | | | | |
| 525 | | | | ** Vacant Unit ** | 3,083 | | | | | | | | | | | |
| 530 | | | | ** Vacant Unit ** | 4,128 | | | | | | | | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392826

58025

**JONES LANG LASALLE.**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

BUSINESS UNIT –    1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 540 | | | | *** Vacant Unit *** | 5,315 | | | | | | | | | | | |
| 5517 | 4389025 | 278625 | RT | COAST ATM | 9 | 12/15/05 | 10/31/10 | | | Base/Minimum Rent | 1,750.00 | 333.33 | 1,750.00 | | | |
| 600 | | | | ** Vacant Unit ** | 4,121 | | | | | | | | | | | |
| 610 | 4389421 | 278685 | RT | SHOE SHOW | 3,666 | 01/18/95 | 07/31/09 | | | HVAC Regular | 50.00 | .16 | 3,321.84 | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .16 | | | | |
| | | | | | | | | | | Base/Minimum Rent | 2,138.50 | 7.00 | | | | |
| | | | | | | | | | | CAM Charge | 666.67 | 2.18 | | | | |
| | | | | | | | | | | Real Estate Tax | 416.67 | 1.36 | | | | |
| | | | | | | | | | | TOTAL | 3,321.84 | | | | | |
| 620 | 4389148 | 278666 | RT | HIBBETT SPORTING GOODS | 6,679 | 08/24/96 | 01/31/10 | | | Base/Minimum Rent | 2,574.20 | 4.63 | 2,574.20 | | | |
| | | | | | | | | | | TOTAL | 2,574.20 | | | | | |
| 700 | | | | *** Vacant Unit *** | 1,644 | | | | | | | | | | | |
| 702 | 4389228 | 278675 | RT | NAMES IN A HURRY | 1,018 | 04/03/01 | 03/31/09 | | | Base/Minimum Rent | 1,387.67 | 15.18 | 2,226.88 | | | |
| | | | | | | | | | | Sales Tax Payable | 3.14 | .03 | | | | |
| | | | | | | | | | | CAM Charge | 478.18 | 5.64 | | | | |
| | | | | | | | | | | Real Estate Tax | 347.82 | 4.10 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 21.90 | .26 | | | | |
| | | | | | | | | | | Sprinkler Income | 21.21 | .25 | | | | |
| | | | | | | | | | | Trash Removal | 42.42 | .50 | | | | |
| | | | | | | | | | | Marketing Fund | 25.54 | .30 | | | | |
| | | | | | | | | | | TOTAL | 2,226.88 | | | | | |
| 704 | | | | ** Vacant Unit ** | 2,398 | | | | | | | | | | | |

·Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392827

58025

**JONES LANG LASALLE.**

**Jones Lang LaSalle**

**Detail Rent Roll**

**ROCK HILL GALLERIA**

BUSINESS UNIT -   1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 705 | | | | ** Vacant Unit ** | 5,443 | | | | | | | | | | | |
| 710 | 4389084 | 278638 | RT | FOOT LOCKER | 2,969 | 06/01/03 | 01/31/14 | | | Base/Minimum Rent | 7,423.50 | 30.00 | 10,669.23 | | | |
| | | | | | | | | | | Sales Tax Payable | 13.32 | .05 | | | | |
| | | | | | | | | | | CAM Charge | 1,861.23 | 7.52 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .20 | | | | |
| | | | | | | | | | | Real Estate Tax | 873.38 | 3.53 | | | | |
| | | | | | | | | | | Sprinkler Income | 61.85 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .20 | | | | |
| | | | | | | | | | | Marketing Fund | 337.95 | 1.37 | | | | |
| | | | | | | | | | | TOTAL | 10,669.23 | | | | | |
| 715 | 4388989 | 278619 | RT | BATH & BODY WORKS | 2,969 | 11/04/98 | 01/31/09 | | | Base/Minimum Rent | 4,948.33 | 20.00 | 4,998.33 | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .20 | | | | |
| | | | | | | | | | | TOTAL | 4,998.33 | | | | | |
| 720 | 4389455 | 278688 | RT | VICTORIA'S SECRET | 4,948 | 10/05/00 | 10/31/10 | | | Base/Minimum Rent | 7,009.67 | 17.00 | 11,351.91 | | | |
| | | | | | | | | | | CAM Charge | 2,857.32 | 6.93 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,434.92 | 3.48 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .12 | | | | |
| | | | | | | | | | | TOTAL | 11,351.91 | | | | | |
| 730 | 4389412 | 278684 | RT | SHOE DEPARTMENT, THE | 5,443 | 01/05/99 | 01/31/09 | | | Sales Tax Payable | 13.93 | .03 | 9,963.98 | | | |
| | | | | | | | | | | HVAC Regular | 100.00 | .22 | | | | |
| | | | | | | | | | | Sprinkler Income | 158.76 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .11 | | | | |
| | | | | | | | | | | Base/Minimum Rent | 8,391.29 | 18.50 | | | | |
| | | | | | | | | | | CAM Charge | 833.33 | 1.84 | | | | |
| | | | | | | | | | | Real Estate Tax | 416.67 | .92 | | | | |
| | | | | | | | | | | TOTAL | 9,963.98 | | | | | |
| 735 | 4490246 | 278669 | RT | KAY JEWELERS | 2,171 | 11/13/06 | 12/31/16 | | | Base/Minimum Rent | 7,416.67 | 40.99 | 9,708.74 | | | |
| | | | | | | | | | | Real Estate Tax | 545.45 | 3.01 | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392828

58025

**Jones Lang LaSalle**

| | |
|---|---|
| PAGE | 9 |
| DATE | 7/27/07 |
| TIME | 03:33:58 PM |
| AS OF DATE | 08/01/07 |

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

Monthly

**BUSINESS UNIT -** **1867500000 Rock Hill Galleria**
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CAM Charge | 1,195.50 | 6.62 | | | | |
| | | | | | | | | | | Marketing Fund | 267.09 | 1.48 | | | | |
| | | | | | | | | | | Sprinkler Income | 46.61 | .26 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 117.19 | .65 | | | | |
| | | | | | | | | | | Trash Removal | 66.58 | .37 | | | | |
| | | | | | | | | | | HVAC Regular | 50.65 | .28 | | | | |
| | | | | | | | | | | TOTAL | 9,708.74 | | | | | |
| 742 | 4389130 | 278665 | RT | HAIR CUTTERY | 812 | 06/01/01 | 05/31/08 | | | Base/Minimum Rent | 2,030.00 | 30.00 | 3,156.61 | | | |
| | | | | | | | | | | Sales Tax Payable | 3.37 | .05 | | | | |
| | | | | | | | | | | CAM Charge | 658.21 | 9.73 | | | | |
| | | | | | | | | | | Marketing Fund | 123.09 | 1.82 | | | | |
| | | | | | | | | | | Real Estate Tax | 288.26 | 4.26 | | | | |
| | | | | | | | | | | Sprinkler Income | 23.68 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 30.00 | .44 | | | | |
| | | | | | | | | | | TOTAL | 3,156.61 | | | | | |
| 745 | 4389181 | 278670 | RT | LEE NAILS | 1,621 | 07/28/00 | 07/31/10 | | | Base/Minimum Rent | 2,701.66 | 20.00 | 4,717.56 | | | |
| | | | | | | | | | | Sales Tax Payable | 4.48 | .03 | | | | |
| | | | | | | | | | | CAM Charge | 965.71 | 7.15 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .37 | | | | |
| | | | | | | | | | | Real Estate Tax | 553.30 | 4.10 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 118.87 | .88 | | | | |
| | | | | | | | | | | Sprinkler Income | 47.28 | .35 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .37 | | | | |
| | | | | | | | | | | Marketing Fund | 226.26 | 1.67 | | | | |
| | | | | | | | | | | TOTAL | 4,717.56 | | | | | |
| 805 | 4389092 | 278639 | RT | FOOTACTION USA | 4,549 | 09/06/97 | 09/30/07 | | | Base/Minimum Rent | 7,581.67 | 20.00 | 12,642.61 | | | |
| | | | | | | | | | | Sales Tax Payable | 12.59 | .03 | | | | |
| | | | | | | | | | | CAM Charge | 2,108.25 | 5.56 | | | | |
| | | | | | | | | | | HVAC Regular | 100.00 | .26 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,400.57 | 3.69 | | | | |
| | | | | | | | | | | CAM Security (Indoor) | 374.71 | .99 | | | | |
| | | | | | | | | | | Sprinkler Income | 132.68 | .35 | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392829

58025

**JONES LANG LASALLE.**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

| PAGE | 10 |
|---|---|
| DATE | 7/27/07 |
| TIME | 03:33:58 PM |
| AS OF DATE | 08/01/07 |
| | Monthly |

BUSINESS UNIT -   1867500000 Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Trash Removal | 50.00 | .13 | | | | |
| | | | | | | | | | | Marketing Fund | 882.14 | 2.33 | | | | |
| | | | | | | | | | | TOTAL | 13,642.61 | | | | | |
| 810 | | | | ** Vacant Unit ** | 2,745 | | | | | | | | | | | |
| 815 | | | | ** Vacant Unit ** | 2,288 | | | | | | | | | | | |
| 820 | | | | *** Vacant Unit *** | 3,202 | | | | | | | | | | | |
| 825 | 4388891 | 278610 | RT | AEROPOSTALE | 3,500 | 04/15/05 | 01/31/16 | | | Base/Minimum Rent | 4,958.33 | 17.00 | 9,368.61 | | | |
| | | | | | | | | | | CAM Charge | 3,129.87 | 10.73 | | | | |
| | | | | | | | | | | Marketing Fund | 306.24 | 1.05 | | | | |
| | | | | | | | | | | Real Estate Tax | 974.17 | 3.34 | | | | |
| | | | | | | | | | | TOTAL | 9,368.61 | | | | | |
| 830 | | | | *** Vacant Unit *** | 535 | | | | | | | | | | | |
| 835 | 4389076 | 278637 | RT | FINISH LINE | 4,200 | 07/01/06 | 02/28/17 | | | Base/Minimum Rent | 5,600.00 | 16.00 | 9,732.39 | | | |
| | | | | | | | | | | CAM Charge | 2,963.39 | 8.47 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,169.00 | 3.34 | | | | |
| | | | | | | | | | | TOTAL | 9,732.39 | | | | | |
| 840 | 4389341 | 278677 | RT | RADIOSHACK | 3,003 | 05/16/91 | 05/31/09 | | | HVAC Regular | 50.00 | .20 | 2,668.67 | | | |
| | | | | | | | | | | Sprinkler Income | 66.17 | .26 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .20 | | | | |
| | | | | | | | | | | Base/Minimum Rent | 2,502.50 | 10.00 | | | | |
| | | | | | | | | | | TOTAL | 2,668.67 | | | | | |
| 845 | | | | *** Vacant Unit *** | 1,519 | | | | | | | | | | | |
| 900 | | | | ** Vacant Unit ** | 3,271 | | | | | | | | | | | |
| 905 | | | | *** Vacant Unit *** | 1,652 | | | | | | | | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392830

58025

**JONES LANG LASALLE.**

**Jones Lang LaSalle**
**Detail Rent Roll**
**ROCK HILL GALLERIA**

| | |
|---|---|
| PAGE | 11 |
| DATE | 7/27/07 |
| TIME | 02:33:58 PM |
| AS OF DATE | 08/01/07 |
| | Monthly |

BUSINESS UNIT -   1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 910 | 4388911 | 278611 | RT | AMERICA'S BEST CONTACTS/EYEGLA | 4,100 | 08/24/93 | 02/28/11 | | | Base/Minimum Rent | 4,000.00 | 11.71 | 6,369.06 | | | |
| | | | | | | | | | | Sales Tax Payable | 6.64 | .02 | | | | |
| | | | | | | | | | | CAM Charge | 498.83 | 1.46 | | | | |
| | | | | | | | | | | HVAC Regular | 50.00 | .15 | | | | |
| | | | | | | | | | | Insurance | 249.42 | .73 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,399.47 | 4.10 | | | | |
| | | | | | | | | | | Trash Removal | 50.00 | .15 | | | | |
| | | | | | | | | | | Marketing Fund | 114.70 | .34 | | | | |
| | | | | | | | | | | TOTAL | 6,369.06 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 LEASED | 65.61 % OF TOTAL SQ FT | 95,241 | | | | 201,087.36 | 201,087.36 | |
| 26 VACANT | 34.39 % OF TOTAL SQ FT | 49,930 | | | | | | |
| | FLOOR TOTALS | 145,171 | | | | 201,087.36 | 201,087.36 | |

**FLOOR NUMBER**          OUTP  Outparcel

| SUITE | LEASE | TENANT | LSE | TENANT NAME | | START DATE | END DATE | |
|---|---|---|---|---|---|---|---|---|
| OPA | 4389498 | 278694 | RT | APPLEBEE'S | | 01/01/00 | 12/31/40 | |
| OP1 | 4389501 | 278695 | RT | CHICK-FIL-A | | 01/01/99 | 12/31/40 | |
| OP2 | | | | *** Vacant Unit *** | | | | |
| OP3 | 4389527 | 278697 | RT | RYAN'S FAMILY STEAKHOUSE | | 01/01/99 | 12/31/40 | |

| | | |
|---|---|---|
| 3 LEASED | .00 % OF TOTAL SQ FT | |
| 1 VACANT | .00 % OF TOTAL SQ FT | |
| | FLOOR TOTALS | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392831

58025

**JONES LANG LASALLE**

**Jones Lang LaSalle**

**Detail Rent Roll**

**ROCK HILL GALLERIA**

PAGE   12
DATE   7/27/07
TIME   03:32:58 PM
AS OF DATE   08/01/07
Monthly

BUSINESS UNIT -   1867500000   Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd, Suite 20
Rock Hill SC 29730

| SUITE NUMBER | LEASE NUMBER | TENANT NUMBER | LSE TYP | TENANT NAME | GLA | START DATE | END DATE | Monthly BASE RENT | Annual PSF | OTHER CHARGES TYPE | AMOUNT | Annual PSF | GROSS RENTS | SECURITY DEPOSIT | RENT STEP START | Ann Amt/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FLOOR NUMBER** | | | | OV10  Over 10,000 SqFt | | | | | | | | | | | | |
| 800 | 4389050 | 378629 | RT | FASHION BUG | 10,677 | 05/15/93 | 01/31/08 | | | CAM Charge | 2,224.38 | 2.50 | 4,315.86 | | | |
| | | | | | | | | | | Insurance | 311.41 | .35 | | | | |
| | | | | | | | | | | Marketing Fund | 222.44 | .25 | | | | |
| | | | | | | | | | | Real Estate Tax | 1,334.63 | 1.50 | | | | |
| | | | | | | | | | | Trash Removal | 223.00 | .25 | | | | |
| | | | | | | | | | | TOTAL | 4,315.86 | | | | | |
| | 1 LEASED | 100.00 % OF TOTAL SQ FT | | | 10,677 | | | | | | 4,315.86 | | 4,315.86 | | | |
| | 0 VACANT | .00 % OF TOTAL SQ FT | | | | | | | | | | | | | | |
| | | FLOOR TOTALS | | | 10,677 | | | | | | 4,315.86 | | 4,315.86 | | | |
| **FLOOR NUMBER** | | | | SPON  SPONSORSHIPS | | | | | | | | | | | | |
| SP0001 | 4968684 | 294730 | RT | ROCK HILL COCA-COLA BOTTLING | | 11/01/05 | 10/31/10 | | | | | | | | | |
| | 1 LEASED | .00 % OF TOTAL SQ FT | | | | | | | | | | | | | | |
| | 0 VACANT | .00 % OF TOTAL SQ FT | | | | | | | | | | | | | | |
| | | FLOOR TOTALS | | | | | | | | | | | | | | |
| | 46 LEASED | 92.65 % OF TOTAL SQ FT | | | 639,049 | | | | | | 317,923.60 | | 317,923.60 | | | |
| | 25 VACANT | 7.35 % OF TOTAL SQ FT | | | 49,930 | | | | | | | | | | | |
| | | BUILDING TOTALS | | | 678,979 | | | | | | 317,923.60 | | 317,923.60 | | | |
| | 46 LEASED | 92.65 % OF TOTAL SQ FT | | | 639,049 | | | | | | 317,923.60 | | 317,923.60 | | | |
| | 25 VACANT | 7.35 % OF TOTAL SQ FT | | | 49,930 | | | | | | | | | | | |

Lease Types : RT=Retail; PL=Percent in Lieu; BA=Pre-Petition Bankruptcy; BB=Post Petition Bankruptcy; RL=Rent Relief; CT=Co-Tenancy BPL

CONFIDENTIAL

OZX00392832

58025

**JONES LANG LASALLE**

Jones Lang LaSalle

Detail Rent Roll

ROCK HILL GALLERIA

PAGE    13
DATE    7/27/07
TIME    03:33:58 PM
AS OF DATE  08/01/07
Monthly

BUSINESS UNIT -    1867500000  Rock Hill Galleria
Rock Hill Galleria
2301 Dave Lyle Blvd. Suite 20
Rock Hill SC 29730

TOTALS FROM MULTI-LSUITE LEASES

| LEASE NUMBER | TENANT NAME | RENTABLE SQ. FEET | BASE RENT | OTHER | GROSS RENTS |
|---|---|---|---|---|---|
| | *** Vacant Unit *** | 49,930 | | | |

CONFIDENTIAL

OZX00392833

Staubach – Rock Hill Galleria
Page 14 of 16

## Exhibit C



CONFIDENTIAL

OZX00392834

Staubach – Rock Hill Galleria
Page 15 of 16



CONFIDENTIAL

OZX00392835

Staubach – Rock Hill Galleria
Page 16 of 16



CONFIDENTIAL

OZX00392836