# EXHIBIT 164
# [Filed Under Seal]

**From:**      Tim Hicks(/O=OZARK MAIN/OU=BO1/CN=RECIPIENTS/CN=THICKS)
**To:**        Josh Faseler
**CC:**
**BCC:**
**Subject:**   Re: JTL Rock Hill
**Sent:**      07/23/2018 04:36:54 PM -0500 (CDT)
**Attachments:**

We never went through with the bids because the responses we received back were in the "50s". I will have to check on the fee, but I think it was 2.5% or less of the purchase price.

I am going to let HFF take a look at it and I will keep you in the loop.

Sent from my iPhone

On Jul 23, 2018, at 5:30 PM, Josh Faseler <josh.faseler@ozk.com> wrote:

Tim,

I understand you are on vacation and this is not pressing at all so feel free to disregard, but to the extend you remember off the top of your head, do you know the highest bid received in the DebtX initiative (generally) and do you know the fee paid to DebtX? We're looking at some assumptions against our current reserve.

Thanks and enjoy your time off.

**Josh Faseler**
SVP, Asset Management
Real Estate Specialties Group
8300 Douglas Avenue, Suite 900, Dallas, TX 75225
O: 214-239-5295  |   M: 469-910-3690 | IP: 300-5295
josh.faseler@ozk.com
ozk.com
<image47be8d.JPG>



**Tim Hicks**
Chief Administrative Officer/Executive Director of IR
17901 Chenal Parkway, Little Rock, AR 72223
O: 501-978-2336  | M: 501-912-5479 | IP: 100-2336
tim.hicks@ozk.com
ozk.com





CONFIDENTIAL

OZX00103972



CONFIDENTIAL

OZX00103973