# EXHIBIT 191
# [Filed Under Seal]



# MEMORANDUM

**TO:** George Gleason
**FROM:** Josh Faseler
**CC:** Brannon Hamblen
**DATE:** September 27, 2018
**RE:** JTL Rock Hill
**ATTACHMENTS:** Charge-off Calculation

In February, Home South vacated its ±30,000 square foot space. However, at the time, Borrower had negotiated a verbal agreement with an existing GSA tenant to expand its space. The proposed additional rent from the expansion would have replaced the lost income from Home South. Unfortunately, the GSA lease expansion never materialized and, in addition, a few small tenants elected not to renew their leases at lease expiration. Furthermore, tenant sales at the Property have continued to decline. Finally, Revolutions (66,640 square foot tenant) was late in making their August and September rental payments, which may be a result of a continuing decline in their reported sales.

In light of Borrower's inability to generate new leasing activity at the Property, Loan Officer thought it prudent to order a new appraisal. Based on the appraisal Bank has reviewed and approved, the value of Bank's collateral as of August 22, 2018 is $13,100,000. The Loan has a current balance of $30,821,733.83. It is noted that the current appraisal contains several significantly more conservative assumptions than the previous appraisal obtained by Bank, including (i) lower stabilized occupancy (81% vs. 90%), (ii) lower tenant renewal probabilities (65% vs. 70%), (iii) higher leasing costs, (iv) higher overall capitalization rate (15% vs. 9%) and (v) higher discount rate (12.5% vs. 10.5%). These assumptions highlight the ongoing challenges with enclosed mall properties and with the broader retail market.

Notwithstanding declining revenue and rising interest rates, Borrower had previously maintained a ≥1.0 DSCR largely by carefully managing operating expenses. Nevertheless, assuming operating expenses at a sustainable level and the recent FOMR rate hike, Borrower will not be able to maintain debt service coverage from operations. Consequently, the loss of the lease prospect, loss of existing tenants, and recent interest rate increases suggests that the Property's DSCR will permanently remain below 1.0. Sponsor has indicated they do not intend to invest additional equity to cover the shortfall.

Given these developments, Loan Officer believes it unavoidable that the Loan be assigned non-accrual status and recommends a charge-off. Please see the attached calculation of the proposed charge-off. The calculation is based on the appraised value (reported in the appraisal dated September 21, 2018). The appraised value does not reflect sales commissions or closing costs. We have deducted 12% to cover these items. Additionally, in recognition of our desire to achieve a sale on an expedited basis, we have included a liquidation discount of 8% of the appraised value.

8300 Douglas Avenue, Suite 900, Dallas, Texas 75225
(214) 750-4800   fax: (214) 750-4767

CONFIDENTIAL                                                                                                OZX00496740

JTL Rock Hill
September 27, 2018
Page 2

---

Please note the $52,282.28 Un-advanced Amount has not been curtailed in our calculation. The Loan matures October 18, 2018 and there is virtually no likelihood that the Borrower will take any action that would entitle them to any of these funds. Accordingly, we will curtail these funds at Loan maturity. Based on these assumptions, the charge-off is calculated at $20,341,733.83.

Your approval is requested to process this charge-off. Upon receipt of same, we will process the request and update the Loan to manual non-accrual status and the risk rating to 6ImpC – Substandard Impaired Nonaccrual. At Loan maturity, we will curtail the Un-advanced Amount as noted above.

CONFIDENTIAL

**JTL Rock Hill LLC**
**Charge-off Calculation**                                    9/27/2018

| | | |
|---|---|---|
| Current Balance | A | $30,821,733.83 |
| Un-advanced to be curtailed at Loan Maturity | | $51,282.28 |
| **Total Commitment** | | **$30,873,016.11** |
| | | |
| Appraised Value | | $13,100,000.00 |
| Commission & Closing Costs | 12.0% | ($1,572,000.00) |
| Liquidation Discount | 8.0% | ($1,048,000.00) |
| **Estimated Sale Proceeds** | B | $10,480,000.00 |
| **Charge-off** | A-B | $20,341,733.83 |

CONFIDENTIAL
OZX00496742