# EXHIBIT 235
# [Filed Under Seal]

**BANK of the OZARKS**
Real Estate Specialties Group

## MEMORANDUM

| | |
|---|---|
| **DATE:** | August 27, 2014 |
| **TO:** | George Gleason |
| **FROM:** | Brannon Hamblen |
| **CC:** | Dan Thomas |
| **RE:** | JTL Rock Hill, LLC |
| **Attachments:** | Exhibit A |

The above-referenced Loan matured on August 2, 2014. On July 16, 2014, Loan Committee approved an extension of the term the Loan through November 2, 2014, and Loan Officer subsequently negotiated and Borrower executed an extension through October 15, 2014. The short-term extension was obtained in order to allow sufficient time for significant leasing activity (as discussed further below) to be concluded. Prior to negotiating a longer term extension of the Loan, Loan Officer intends to obtain an updated appraisal, and clarity with respect to the final outcome of this leasing activity was considered necessary in order to obtain an accurate appraisal.

The Property was last appraised as of July 18, 2011 ("**2011 Appraisal**") in connection with a three (3) year extension of the Loan Term ("**2011 Extension**"). The "as stabilized" value reported by the appraiser was $35,000,000. The current balance of the Loan is $32,160,283.73, and the un-advance amount is $4,059,959.36. It is noted, however, that approximately $2.8 million of the un-advanced amount is budgeted for and would only be advanced in conjunction with leasing activity (primarily new tenant leases resulting in additional revenue to the Property). Exhibit A attached hereto sets forth a budget for the use of the $4,059,959 in un-advanced funds. As set forth therein, we currently estimate (i) approximately $570,000 in leasing costs to achieve stabilization (defined by the 2011 Appraisal as 90% in-line occupancy), (ii) approximately $646,000 more to achieve 100% in-line occupancy and (iii) approximately $1.58 million will likely be unused. Additionally, there is currently $205,000 in the Operating Deficit Reserve account held by Bank.

Since closing of the 2011 Loan Extension, Loan Officer has several positive developments to report. First, JC Penney ("**JCP**") completed its 31,678 square foot expansion within budget and opened for business in August 2012. Second, Belk finalized its 18,886 square-foot expansion in October 2013. Third, SuperPlay (dba "**Revolutions**") is scheduled to open for business in early October 2014. While Borrower had anticipated Revolutions to occupy the 66,640 square foot space in June 2012, move-in was delayed as (i) Revolutions underwent several conceptual re-designs, and (ii) the parent company delayed opening in order to complete a $33.0MM recapitalization (completed in June 2014). As a result of the delays, landlord was able to negotiate an improved rental rate (from $9.00 /SF in the original lease to $11.67/SF currently). Notwithstanding the delayed opening, Revolutions has paid rent since September 1, 2013. Finally, Borrower has recently entered into a lease agreement with HomeSouth to occupy a 30,000 square foot junior anchor space. HomeSouth is expected to open for business in early October 2014. Rent will commence on the earlier of (i) HomeSouth opening for business, or (ii) November 1, 2014. These leasing events are very positive and expected to drive additional in-line tenancy leasing, as evidenced by renewals recently agreed to by two existing tenants at more favorable

JTL Rock Hill, LLC
Page 2 of 2

---

terms. Footaction (2,960 SF) recently executed a five (5) year lease extension which increased NNN reimbursements by approximately 10/SF and Footlocker (4,549 SF) recently executed a five (5) year lease extension, converting from percentage-in-lieu rents (approximately $10.50/SF) to $20/SF base rent plus approximately $13.36/SF in NNN reimbursements.

Exhibit B attached hereto demonstrates current and projected debt service coverage. As noted therein, the Property is currently providing a DSCR of approximately 1.03. With the addition of HomeSouth, the DSCR is expected to improve to approximately 1.10, and based on current data, the Property is expected to generate a 1.27 DSCR upon Property achieving stabilization (i.e., 90% in-line occupancy). Since closing of the 2011 Extension, (i) Borrower has made monthly principal payments of approximately $1.92 million, (ii) current annual amortization is approximately $822,000, and (iii) annual amortization will increase over time the remaining amortization period declines. Furthermore, Bank has the ability to sweep excess cash flow such that, as cash flow increases, additional funds will be held as collateral or applied as principal payments.

Based on a review of the 2011 Appraisal, a number of changes have occurred which may impact the conclusions of a new appraisal. The Belk expansion was not known at the time of the 2011 appraisal, and while Belk's rental payments did not increase, the expansion would still be expected to have a positive impact on value, as Belk (at its cost) added 18,886 square feet of space to the mall. Additionally, the rental revenue under the Revolutions lease is higher than anticipated under the 2011 Appraisal as discussed above. With respect to the HomeSouth lease, the appraiser estimated the space would attract a higher rental rate and reimbursement revenue than will likely be realized as the lease was negotiated "as is", resulting in a lower rental rate but no tenant improvement costs on a 30,000 square foot space. Finally, as the Revolutions opening was delayed, the anticipated impact on in-line leasing activity has likewise been delayed, so the appraiser may conclude lower market rental rates for in-line space based on the lack of direct comps from the Property. In the 2011 Appraisal, the appraiser utilized rental rates for in-line space (weighted by type of space currently vacant) equal to approximately $16.19/SF, while we utilized a slightly more conservative estimate of $15.27/SF. Exhibit A attached hereto sets forth (i) the appraiser's "as stabilized" NOI and (ii) our current estimate (based on the appraiser's methodology and current data) of what a new appraisal may conclude as the Property's "as stabilized" NOI (assuming a three (3)-year stabilization period as was assumed in the 2011 Appraisal). As noted therein, a new appraisal of the Property may conclude a value in the $30.46 million (utilizing Direct Capitalization methodology) to $31.82 million (utilizing the DCF methodology) range.

While the Property is providing positive (and improving) debt service coverage and substantial annual reductions of the outstanding Loan balance, it is possible that a collateral deficiency exists. The outstanding balance of the Loan is $32,160,284, and we estimate the additional funding to achieve stabilization at $1.83 million (the current un-advance amount less leasing costs in excess of that required to lease the Property to stabilization as set forth in Exhibit B, resulting in estimated maximum commitment of approximately $33.99 million [not taking into account future principal amortization during the stabilization period]). Using the appraiser's methodology and updated data, and concluding to the lower end of the range, we recommend (i) a change in the Loan's Risk Rating from "5A Watch" to "5SRA Watch Special Reserve" and (ii) a Special Reserve Allocation of $3,530,000.

As previously stated, Loan Officer will be ordering a new appraisal in connection with a longer term extension of the Loan following Revolutions and HomeSouth taking occupancy of their respective spaces and opening for business.

---

CONFIDENTIAL

OZX00406766

DRAFT FOR DISCUSSION PURPOSES ONLY

**EXHIBIT A**
**JTL ROCK HILL, LLC**
**UN-ADVANCED BUDGET ITEMS**

| | | |
|---|---:|---:|
| Soft Costs & Contingency | | $237,656 |
| Capital Expenditures | | $350,000 |
| Revolutions Remaining Leasing Costs | | $539,198 |
| HomeSouth Leasing Costs | | $135,000 |
| Leasing Costs to Stabilization | $570,974 | |
| Leasing Costs to 100% Occupancy | $647,329 | |
| Leasing Costs not likely required | $1,579,802 | |
| Total Future Leasing Costs | | $2,798,105 |
| **Total** | | **$4,059,959** |

DRAFT - FOR DISCUSSION PURPOSES ONLY

**EXHIBIT B**
**JTL ROCK HILL, LLC**
**DSCR TRENDS**

|  | In-Place | In-Place + HomeSouth [1] | Stabilized Occupancy [2] |
|---|---|---|---|
| **OPERATING PRO FORMA** | | | |
| **Income** | | | |
| Base Rent, Specialty Leasing & Percentage Rent | $3,087,819 | $3,247,819 | $3,596,613 |
| Tenant Reimbursements | $559,542 | $559,542 | $787,122 |
| Other Income | $60,014 | $60,014 | $60,014 |
| Credit Loss | ($47,937) | ($47,937) | ($47,937) |
| **Effective Gross Income** | **$3,659,437** | **$3,819,437** | **$4,395,812** |
| | | | |
| **Operating Expenses** | | | |
| Repairs & Maintenance | $102,390 | $102,390 | $110,956 |
| Cleaning | $110,535 | $110,535 | $119,783 |
| Utilities | $202,358 | $202,358 | $219,289 |
| Landscape | $32,673 | $32,673 | $32,673 |
| Security | $115,649 | $115,649 | $115,649 |
| Administrative | $248,948 | $248,948 | $248,948 |
| Food Court | $31,719 | $31,719 | $34,373 |
| Real Estate Taxes - Mall | $206,291 | $206,291 | $256,291 |
| HVAC - Utilities | $57,589 | $57,589 | $62,408 |
| Insurance | $12,846 | $12,846 | $12,846 |
| Specialty Leasing Expense | $35,941 | $35,941 | $35,941 |
| Management Fee | $128,080 | $133,680 | $153,853 |
| Professional Fees | $64,346 | $64,346 | $64,346 |
| Marketing Fee | $99,411 | $99,411 | $99,411 |
| Owner's Expense | $73,944 | $73,944 | $73,944 |
| Miscellaneous Expense | $594 | $594 | $594 |
| **Total Operating Expenses** | **$1,523,313** | **$1,528,913** | **$1,641,305** |
| | | | |
| **Net Operating Income** | **$2,136,124** | **$2,290,524** | **$2,754,507** |
| | | | |
| **LOAN SUMMARY** | | | |
| **Current Balance** | $32,160,284 | $32,160,284 | $32,160,284 |
| Un-advanced Amount (Current) | $4,059,959 | $4,059,959 | $4,059,959 |
| **Fully Funded Loan** | **$36,220,243** | **$36,220,243** | **$36,220,243** |
| Soft Costs & Contingency | ($237,656) | ($237,656) | |
| Capital Expenditures | ($350,000) | ($350,000) | |
| Revolutions Remaining Leasing Costs | | | |
| HomeSouth Leasing Costs | ($135,000) | | |
| Leasing Costs to Stabilization | ($570,974) | ($570,974) | |
| Leasing Costs to 100% Occupancy | ($647,329) | ($647,329) | ($647,329) |
| Leasing Costs not likely required | ($1,579,802) | ($1,579,802) | ($1,579,802) |
| **Estimated Funded Amount** | **$32,699,482** | **$32,834,482** | **$33,993,112** |
| | | | |
| Interest Rate | 3.75% | 3.75% | 3.75% |
| Amortization Periods | 288 | 288 | 288 |
| Annual Debt Service on Estimated Funded Amount | $2,079,376 | $2,087,961 | $2,161,639 |
| | | | |
| **DSCR** | **1.03** | **1.10** | **1.27** |

[1] *HomeSouth will pay 8.0% of gross sales. Store sales typically range in the $2.0 million to $3.0 million. Assumes annual rent of $160,000*

[2] *Assumes 10% in-line vacancy, rolling %-in-lieu tenants to base rates and NNN reimbursement.*

DRAFT - FOR DISCUSSION PURPOSES ONLY

**EXHIBIT C**
**JTL ROCK HILL, LLC**
**"AS STABILZIED" VALUATION ANALYSIS**

| As Stabilized as of: | 2011 Appraisal 8/31/2014 | Current Estimate 10/31/2017 |
|---|---|---|
| **Income** | | |
| Base Rent & Specialty Leasing | $3,776,267 | $3,507,141 |
| Percentage Rental | $264,692 | $228,032 |
| Tenant Reimbursements | $1,568,293 | $1,466,767 |
| Other Income | $45,000 | $66,071 |
| Sub-total | $5,654,252 | $5,268,011 |
| General Vacancy | ($368,051) | ($315,873) |
| Credit Loss | ($49,404) | ($69,325) |
| Effective Gross Income | $5,236,797 | $4,882,813 |
| | | |
| **Operating Expenses** | | |
| Real Estate Taxes - Mall [1] | $823,200 | $754,019 |
| Insurance | $65,000 | $65,487 |
| Utilities | $206,000 | $207,545 |
| Administrative | $332,000 | $334,490 |
| Repairs & Maintenance | $155,000 | $156,161 |
| Landscape & Security | $171,000 | $172,282 |
| Cleaning | $145,000 | $146,089 |
| Management Fee | $209,472 | $195,313 |
| Marketing Fee | $100,000 | $100,750 |
| Miscellaneous Expense | $160,000 | $161,200 |
| | | |
| Total Operating Expenses | $2,366,672 | $2,293,336 |
| | | |
| **Net Operating Income** | **$2,870,125** | **$2,589,477** |
| | | |
| **VALUATION** | | |
| Cap Rate | 8.50% | 8.50% |
| Direct Capitalization | $33,800,000 | $30,460,000 |
| DCF Value Estimate | $35,000,000 | $31,820,000 |

| | |
|---|---|
| Current Balance | $32,160,284 |
| Un-advanced Amount | $4,059,959 |
| **Fully Funded Loan** | **$36,220,243** |
| Less TI/LC likely not required for stabilization | ($2,227,131) |
| Sub-total | $33,993,112 |
| Value Estimate | $30,460,000 |
| Potential Deficiency | $3,533,112 |

[1] Real Estate Taxes were based on the same methodolgy utilized in the 2011 Appraisal. The appraiser assumed the Property's assessed value would increase substantially in the near term and eventually increase to the market value estimate at stabilization, citing a sale of the Property would likely result in a re-assessment event. While it is certainly possible that the assessed value will increase over time, we expect that Borrower will successfully maintain a much lower assessed value and avoid such a significant pressure on NOI. Nevertheless, our methodolgy above is consistent with the appraiser's.



# BANK of the OZARKS
## LOAN MODIFICATION REQUEST

Control ID: 12360

**Borrower:**
JTL Rock Hill, LLC

Note #: 4508522102        Application: BL - Business Loan
This loan ○ is ◉ is not a LOSS SHARE loan.

Responsibility: Brannon Hamblen - 2600 (PBH)

Loan Assistant:

Accounting Branch: Dallas-TX Preston Sherry Plaza / 1210

Request Type: Modification

Loan Type: Business

Collateral Code: 72 - Retail facilities, including shopping centers and strip centers, non-owner occupied

Purpose / Class Code: 190 / 08-12 (E1) - RE secured - Owner-occupied nonfarm/nonresidential properties

Miscellaneous (Purpose) Code: 12 - Commercial - Not Used in Business

Risk Rating: 5A - Watch

Proposed Loan Balance:

Other Direct Loans (to the same borrower):

**TOTAL DIRECT LOAN BALANCES:** $0.00

Total Indirect Loan Balances (guaranteed by the borrower):

**TOTAL DIRECT / INDIRECT LOAN BALANCES:** $0.00

Total Other Related Loan Balances:

**TOTAL DIRECT / INDIRECT / RELATED LOAN BALANCES:** $0.00

## CURRENT LOAN INFORMATION

Current Loan Type:    ○ Single Pay  ◉ Amortizing  ○ Closed LOC  ○ Revolving LOC

Remaining Amortization Term in Months:    288
(based on current contract terms)

Current Rate:

3.75000 %

| | |
|---|---|
| **Original Loan Amount:** | $38,184,456.00 |
| **Current Maturity Date:** | 10/15/2014 |
| **Current Loan Balance Information** | |
| Amount Outstanding: | $32,160,283.76 |
| Amount Available: | $4,059,959.36 |
| Total: | $36,220,243.12 |

## MODIFICATION REQUEST

The modification becomes effective on the date provided below and the following payments will be collected through this date as follows:

☐ Interest only thru the effective date totaling .

☐ Principal and interest payments for the month(s) of _____ totaling _____ .

Effective Date: _____

| | |
|---|---|
| ☐ Modified Loan Amount | |
| ☐ Maturity Extension | |
| ☐ Change in Terms / Payment Amount | Modified Payment Amount: _____   This payment amount is: ⦿ an estimated amount - calculate the actual.<br>○ the actual payment required.<br>Modified Payment Frequency: Monthly<br>Modified Next Payment Due Date: _____<br>New Amortization Term: _____ months<br>**FOR VARIABLE RATE LOANS:**<br>Payment Re-amortization Frequency: Select...<br>1st Payment Change Date: _____ |
| ☐ Pricing Change | **CURRENT PRICING TERMS:**<br><br>**MODIFIED PRICING TERMS:**<br>From<br>Select...<br><br>of 3.75000 %<br>to<br>Select...<br>of _____ % |
| ☐ Change Collateral | |

| Code to | Description Change: |
|---|---|
| ☐ Change Miscellaneous (Purpose) Code to | |
| ☐ Change Purpose / Class Code to | |
| ☒ Change Risk Rating to | 5SRA - Watch Special Reserve |
| ☐ Collateral Added with Modification | |
| ☐ Collateral Released with Modification | |
| ☐ Change in Borrowing Entity | |
| ☐ Change in Guarantors | |
| ☐ Required Principal Reduction | |
| ☐ Line of Credit | Change type to: Select... |
| ☐ Other | |

## FEE INFORMATION:

How Fee Paid:                                                                                         Select...
Comments:


**Description**                                                                                    **Amount**

Loan Origination / Loan Fee


## COLLATERAL INFORMATION:

The collateral value is           $0.00 as of                    as determined by


## BASIS FOR REQUEST:

See Modification

# CUSTOMER HISTORY AND ANALYSIS:

## I. BANK AND TRADE RELATIONSHIPS:

**Deposit Account Summary:**

| Account Name | Account Number | Current Balance | Avg Bal (12 Mos) | # NSF (12 Mos) |
|---|---|---|---|---|
| **TOTAL DEPOSITS:** | | $0.00 | $0.00 | 0 |

**BOTO Present Debt Outstanding:**

| Item | Loan Number | Borrower | Present Balance | Rate | Terms | Maturity Date | Risk Rating |
|---|---|---|---|---|---|---|---|

### COLLATERAL ANALYSIS:

| Collateral Description | Appraised Value | Appraisal Date | Estimated Value | Determination |
|---|---|---|---|---|

Remarks on Collateral:

LTV based on latest appraisal:            %            LTV based on latest estimated value:            %

**TOTAL BOTO DEBTS:**            $0.00

**Other Related Income Analysis (e.g. Treasury Management, Trust):**

| Account Name | Income Type | Annualized Fee Income |
|---|---|---|
| | Total Annualized Fee Income: | $0.00 |

## II. LOAN HISTORY AND CURRENT REQUEST (for loan being modified only):

Request Info:
See attached modification request

**If relevant**, provide the Loan History Timeline below.

**LOAN HISTORY TIMELINE:** (Show oldest to newest for this loan only)

| Date | Action | Loan Balance |
|---|---|---|

**Payment History of This Loan:**

| Days Past Due | 10 | 30 | 60 | 90 |
|---|---|---|---|---|
| # Payments | | | | |

## III. BORROWER / CO-BORROWER HISTORY:

## IV. BORROWER / CO-BORROWER FINANCIAL ANALYSIS:

**V. GUARANTOR ANALYSIS:**

**VI. STRENGTHS AND WEAKNESSES:**

 *Strengths:* (Add as bullet points.)

 *Weaknesses and Mitigating Factors:* (Add as bullet points.)

**VII. RELATIONSHIP STRATEGY / LEGAL ACTION PLAN (if applicable):**

**VIII. CLOSING REQUIREMENTS, PROPERTY TAXES and HAZARD INSURANCE:**

 **Property Taxes:**

 Tax Authority:

 Annual Tax Amount:      Amount Tax Paid:

 Taxes Are Paid Through:     Taxes Will Be Next Due:

 Has the bank made any protective advances for property taxes?  ☐ Yes  ☒ No
 If yes, explain how that advance has been or will be repaid.

 **Hazard Insurance:**

  Ins Carrier:

  Policy Expiration Date:

  ☐ BOTO is listed as mortgagee

  Has the bank force placed insurance on this property?  ☐ Yes  ☒ No

  If yes, explain how the bank has been repaid for this insurance.

  Insurance Comments:

  Conditions, etc.:

**POLICY EXCEPTIONS AND REASONS:**

**APPROVAL SECTION:**

**THIS APPROVAL IS GRANTED FOR 90 DAYS AFTER THE FINAL APPROVAL DATE. REAPPROVAL MUST BE OBTAINED AFTER 90 DAYS.**

**FINAL APPROVAL**

| COMMENTS: |
|---|
| 8/28/2014 |
| X George Gleason |
| Signed by: George Gleason |
| **Signed by George Gleason**   View details |
| on Thursday, August 28, 2014 9:57 AM (Central Daylight Time) |

**INITIAL APPROVAL (if other than Final Approval):**
COMMENTS:

✎ Click here to sign this section

## DATA PROVIDED BELOW CAN BE UPDATED AFTER APPROVAL WITHOUT REAPPROVAL:

### DOCUMENT PREPARATION DIRECTIONS:

☑ All documents will be attorney-prepared.

☐ Some documents will be attorney-prepared. Loan Doc Prep to provide the following:

☐ No documents required

### FEE INFORMATION (other than Loan Fee)- Items that may change from approval to closing

Courier Fee - Bank Required

Wire Fee - Bank Required

Attorney Doc Fee

RIMS Fee

Appraisal Fee

Final Construction Appraisal Fee

Credit Report

Tax Service

Flood Certification

Settlement or Closing Fee

Owner's Title Insurance

Lender's Title Insurance

Courier Fee - Title Company Required

Wire Fee - Title Company Required

Closing Protection Letter

Title Search

Deed Recording Charges

Mortgage Recording Charges

Deed / Mortgage Release Charges

Assignment of Rents & Leases Filing

Assignment of Rents & Leases Release

UCC Filing / Release / Lien Search

UCC Type                ☐ State  ☐ County  ☐ Fixture  ☐ Lien Search

UCC Fixture Filing / Release

Direct Lien / Vehicle Title Fee

Intangible Taxes (GA, FL)

Documentary Tax Stamps (FL)

RE Mortgage Tax (AL)

Deed Stamps / Transfer Tax

GRMA (GA)

Pest Inspection

Survey

VSI

**Total Fees (includes Loan Origination / Loan Fee):**                                $0.00

## OPTIONAL INFORMATION

☐ Add Escrow

☐ Add Auto Debit

☐ Modify Authorized Signers for Non-Personal Entities (provide information for resolution changes):

## ADDITIONAL INFORMATION:

## PROCESSING INFORMATION (for Back Office Use Only)

Processed By:                                    Processed On:

Quality Review By:                               Quality Review On:

☐ Returned by Quality

Loan Requests - Conversion Release
Form: 8/14/14