# EXHIBIT 245
# [Filed Under Seal]

# BANK of the OZARKS®
### Real Estate Specialties Group
## LOAN STATUS SUMMARY

2/1/2016

| | |
|---|---|
| **Loan #:** | 4508522102 |
| **Borrower:** | **JTL Rockhill, LLC** |
| **Risk Rating:** | 5SRA – See SRA Analysis attached |
| **Guarantors:** | Cypress Equities I, LP – Carve Out Guaranty, Re-financing Gap to a DSCR of 1.20x, and Operating Deficit |
| | Chris Maguire – Carve-Out (limited to BK) |
| **Use of Funds:** | To finance the i) acquisition of an approximate 496,000 s/f retail center located on a 82 acre tract of land located near Interstate 77 and Dave Lyle Blvd in Rock Hill, South Carolina, ii) completion of exterior renovations, and iii) fund tenant improvement and leasing commission costs. |
| **Land Area (at closing):** | 82 acres |
| **Building Area/Units:** | 478,528 SF |
| **Location of Collateral:** | Rock Hill, South Carolina |
| **Original Loan Closing Date:** | 09/17/2007 |
| **Last Extension Date:** | 10/15/2014 |
| **Maturity Date:** | 10/15/2016 |
| **Interest Rate (current):** | 3.93645% |
|    Base / Spread / Floor | LIBOR + 350 bp / 3.75% Floor |
| **Amortization Period (Initial / Remaining):** | 360 periods, 269 |
| **Amortization Commenced (or Commences):** | 9/10/2008 |
| **Historical Principal Payments:** | $3,015,520.08 – since the 2011 Loan Extension |

JTL Rock Hill, LLC
4.5E+09
**PRINCIPAL PAYMENTS**

| Date | Amount |
|---|---|
| 12/12/14 | $67,992.58 |
| 01/08/15 | $0.25 |
| 02/05/15 | $68,457.16 |
| 03/10/15 | $78,138.63 |
| 04/02/15 | $68,181.21 |
| 05/06/15 | $71,616.34 |
| 06/01/15 | $68,485.23 |
| 07/02/15 | $72,061.19 |
| 08/04/15 | $68,968.85 |
| 09/04/15 | $69,177.52 |
| 10/03/15 | $72,696.48 |
| 11/03/15 | $68,387.78 |
| 12/03/15 | $72,106.80 |
| 01/03/16 | $71,167.28 |
| 02/03/16 | $69,161.18 |
| 03/03/16 | $77,835.01 |
| 04/03/16 | $71,135.69 |
| Insert | |
| **Totals Cum.** | **$1,135,569.18** |

**Exhibit 0156**

| | | | | | |
|---|---|---|---|---|---|
| **Future Principal Payments:** | Principal payments through maturity based on a declining 30 year amortization. | | | | |
| **LTV – "As Stabilized", fully funded:** | 121% - Fully Funded, 111% - Excluding Uncommitted TI-LC | | | | |
| **Appraised Value:** | $29.5MM | | | | |
| **Appraisal dated:** | December 2014 | | | | |

| 02/29/16 | Occupied | Available | Total | Occupancy |
|---|---|---|---|---|
| Anchor | 365,631 | 0 | 365,631 | 100.0% |
| In-line | 97,856 | 32,707 | 130,563 | 74.94% |
| Total | 469,870 | 26,274 | 496,194 | 93.41% |
| Per Rent Roll | | | 496,194 | |

**Current In-place:** 0.94x amortizing (1.59x IO) as of 4/26/2016

**Remaining Collateral:** No collateral has been released.

**KEY HISTORICAL ACHIEVEMENTS:**

### JCP
- Expanded area and paying increased rent (3 months earlier than projected)

### Super Play ("Revolutions")
- Borrower has secured higher base rents as a result of Tenant delays.
- Rent payment commenced on September 1st 2013.
- Revolutions opened for business on December 2014.

### Belk
- Signed an amendment to increase premises by 20,000 s/f at their cost.
- Expansion is substantially complete and Belk is open for business.
- No rent increase as anchor expanding at their cost (estimated costs at $5,500,000 - $6,000,000).

### HomeSouth
- Signed the lease on August 2014 for the 30,000 s/f suite. HomeSouth opened for business on October 2014.

### Sears
- Exercised lease renewal option in 2015 to extend through 2021

[AutoFileName]

CONFIDENTIAL
OZX00018415

| CRITICAL FUTURE WATCH ITEMS: | <ul><li>Monitor monthly rent roll for changes in rent terms, and possible tenant roll over.</li><li>Monitor Tenant store sales, including HomeSouth due to percentage rent only lease.</li><li>Monitor lease renewal of in-line tenants.</li><li>Monitor operating expenses closely.</li></ul> |
|---|---|

### AM – Items to note

- All rents are deposited in the lockbox, and Loan Servicing transfers $70K to the Borrower's operating account on the 10th, and 24th of every month. Debt Service and Escrows will be paid out of the lockbox by Servicer (with AM's approval).
- Wires will be requested twice a month for payroll and management fees. Servicer to prepare, and AM to approve.
- AM to adjust the Special Reserve Allocation on a monthly basis. Send adjusted amount to Tina Chandler.
- Continue to update ARGUS on a quarterly basis.
- Cash flow will be "proved-up" and deposited into the Operating Deficit Reserve.

## GUARANTOR FINACIALS
### Cypress Equities I, LP*

| Date of Statement | Cash / Cash Equivalents | Total Assets | Total Liabilities | Net Worth | AGI | Tax Return Year | Credit Score / Date |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | $0 | $5,123,000 | $15,685,000 | ($10,562,000) | Not Available | 2015 Not Filed | N/A |
| 09/30/2015 | $0 | $5,137,000 | $15,685,000 | ($10,554,000) | ($1,448,935) | 2014 | N/A |
| 12/31/2014 | $1,000 | $5,229,000 | $15,778,000 | ($10,549,000) | ($1,448,935) | 2014 | N/A |
| 09/30/2014 | $0 | $5,172,000 | $15,709,000 | ($10,537,000) | ($899,421) | 2013 | N/A |
| 06/30/2014 | $0 | $5,134,000 | $15,951,000 | ($10,817,000) | "" | 2013 - Ext | N/A |
| 03/31/2014 | $2,000 | $5,112,000 | $15,773,000) | ($10,661,000) | "" | 2013 - Ext | N/A |
| 12/31/2013 | $0 | $5,021,000 | $15,986,000 | ($10,965,000) | ($1,258,653) | 2012 | N/A |
| 09/30/2013 | $0 | $8,867,000 | $15,856,000 | ($6,989,000) | "" | "" | N/A |
| 06/30/2013 | $12,000 | $8,779,000 | $15,799,000 | ($7,020,000) | "" | 2012 - Ext | N/A |
| 03/31/2013 | $0 | $8,693,000 | $15,396,000 | ($6,703,000) | "" | 2012 - Ext | N/A |
| 12/31/2012 | $0 | $8,571,000 | $15,587,000 | ($7,016,000) | ($453,135) | 2011 | N/A |

*Cypress is in compliance with respect to distributions to related parties.

[AutoFileName]

CONFIDENTIAL

OZX00018416

Page 4 of 5

**LOAN MODIFICATION/KEY EVENT HISTORY**
*(Provide a bullet-point summary of each modification clearly and succinctly delineating the key issues)*

| Date | Description |
| --- | --- |
| 02/08/2007 | Approve Cypress Equities as Guarantor, and provide a Refinancing Gap |
| 09/10/2007 | Approve maximum Loan Funding of $32,250,000, and Bank's handling of language and structure of the springing guaranty. |
| 11/26/2007 | Approval email from Mr. Gleason to approve Cypress Equities as Guarantor |
| 08/02/2008 | Approve i) increase in Interest Rate, ii) $1,000,000 principal reduction, ii) Operating deficit guaranty from Cypress Equities, iii) reduction in the Un-advanced Loan Amount by $3,610,000, iv) modified Sources and Uses, v) an extension of the Loan for one (1) additional twelve month period, vi) terms under which Borrower may utilized the Operating Deficit Amount, and vii) modification to the calculation method of the Modified Refinance Amount. |
| 07/23/2009 | Approve a downgrade to the Risk Classification from 3A to 4A |
| 09/15/2009 | Approve an extension of the Term of the Loan for one (1) additional period of ninety (90) days |
| 12/04/2009 | Approve i) an extension of the Term of the Loan for one (1) additional period of sixty (60) days, ii) an extension of the Term of the Loan for one (1) additional period of one (1) year, and iii) additional measures / covenants with respect to Cypress Equities |
| 02/16/2011 | Approve i) an extension of the Term of the Loan for one (1) additional period of sixty (60) days, and ii) modify the Floor Rate to 4.0% |
| 05/16/2011 | Approve an extension of the Term of the Loan for one (1) additional period of thirty (30) days |
| 06/22/2011 | Approve i) an increase to the Loan Commitment to $38,184,456, and ii) modify the Sources and Uses ("**2011 Loan Extension**") |
| 08/10/2011 | Approve closing of the 2011 Loan Extension based on an appraisal indicating an "as stabilized" value of $35.0MM |
| 03/27/2013 | Approve a change in the Interest Rate to 3.75% fixed (effective as of March 10, 2013) for the remainder of the term of the lending facility. |
| 07/16/2016 | Approve an extension of the Term of the Loan to November 2, 2014 |
| 2014.08.27 | Approve a risk rating change from a 5A to a 5SRA, and apply a $3,530,000 Special Reserve Allocation. |
| 2014.12.10 | Approved a two (2) year extension of the Loan Term, and apply an additional $290,000 Special Reserve Allocation. |

[AutoFileName]

CONFIDENTIAL
OZX00018417

Reserves/DDA

| | | | |
|---|---|---|---|
| 2121000497 | JTL ROCK HILL LLC | CMA ACCOUNT | $6,811.63 |
| 2121000513 | JTL ROCK HILL LLC | DRAW ACCOUNT | $0.00 |
| 2210000754 | JTL ROCK HILL LLC | OPERATING DEFICIT RESERVE | $177,080.59 |
| 2210010068 | JTL ROCK HILL LLC | OPERATING ACCOUNT | $264,217.32 |
| 2210012742 | JTL ROCK HILL LLC | REPLACEMENT RESERVES | $0.00 |
| 2210012759 | JTL ROCK HILL LLC | TI/LC RESERVES | $0.00 |
| 2210012767 | JTL ROCK HILL LLC | TAX AND INSURANCE RESERVES | $113,615.17 |

| LOAN STATUS SUMMARY - BUDGET | | | |
|---|---|---|---|
| 4/26/2016 | Advanced | Un-Advanced | Total |
| **Sources** | | | |
| Equity | $200 | $0 | $200 |
| Debt | $32,606,517 | $3,338,603 | $35,945,120 |
| Total | $32,606,717 | $3,338,603 | $35,945,320 |
| **Uses** | | | |
| Land/Acquisition | $32,024,207 | $0 | $32,024,207 |
| Hard Costs | $445,352 | $482,500 | $927,852 |
| Soft Costs | $137,158 | $50,498 | $187,656 |
| Interest/Loss Allocation | $0 | $0 | $0 |
| Tax/Insurance Allocation | $0 | $0 | $0 |
| Other Reserves | $0 | $2,805,605 | $2,805,605 |
| Total | $32,606,717 | $3,338,603 | $35,945,320 |

[AutoFileName]

CONFIDENTIAL                                                                                                                                OZX00018418