UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

STRATHCLYDE PENSION FUND,
Individually and on Behalf of All Others
Similarly Situated,

                              Plaintiff,

       vs.

BANK OZK, et al.,

                            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 4:18-cv-00793-DPM

CLASS ACTION

PLAINTIFF'S UNOPPOSED MOTION TO
UNSEAL STATEMENT OF DISPUTED
MATERIAL FACTS, RESPONSE TO
DEFENDANTS' STATEMENT OF
MATERIAL FACTS, MEMORANDUM OF
OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND
EXHIBITS IN SUPPORT

Lead Plaintiff Strathclyde Pension Fund ("Plaintiff") for its motion to unseal memorandum of opposition to defendants' motion for summary judgment, statement of undisputed material facts, response to defendants' statement of material facts, and exhibits in support, state:

1.      Plaintiff filed its redacted Memorandum in Opposition to Defendants' Motion for Summary Judgment ("Opposition") (ECF No. 176), redacted Response to Defendants' Statement of Undisputed Material Facts ("RSOF") (ECF No. 177), redacted Statement of Disputed Material Facts ("SOF") (ECF No. 178), and redacted exhibits in support (ECF No. 179).

2.      Plaintiff moved to filed under seal the Opposition, RSOF, SOF, and certain exhibits in support. ECF No. 180.

3.      The Court granted the motion to file under seal (ECF No. 182), and Plaintiff filed the Opposition, SOF, RSOF, and certain exhibits in support under seal (ECF Nos. 184-186).

4.      As set forth in their motion to seal, Plaintiff has contacted the parties that designated materials as confidential requesting further review of their confidential designations in an effort to make the documents public.

5.      On April 13, 2022, Defendants informed Plaintiff of their review and conclusions about unsealing portions of the Opposition, RSOF, SOF, and certain exhibits in support set forth in this motion.   Plaintiff also received de-designations of certain materials from third parties PricewaterhouseCoopers, LLC, Piper Sandler, and Collett Management.   Defendants do not oppose this motion.

6.      Plaintiff therefore respectfully requests that the Court Unseal:

(a)      the following exhibits in their entirety:

(i)      PX 2   "Bank of the Ozarks Credit Memorandum" dated July 30, 2007 produced by Defendants (OZX00392808).

(ii)　　PX 3　"Bank of the Ozarks Loan Modification Request" dated August 2, 2007 produced by Defendants (OZX00393951).

(iii)　　PX 4　"Bank of the Ozarks Loan Modification Request" dated November 30, 2007 produced by Defendants (OZX00394332).

(iv)　　PX 5　"Bank of the Ozarks Loan Modification Request" dated June 29, 2011 produced by Defendants (OZX00394289); marked as Exhibit 93 at deposition.

(v)　　PX 7　"Bank of the Ozarks Loan Modification Request" dated August 2, 2008 produced by Defendants (OZX00394275).

(vi)　　PX 8　"First Modification Agreement" executed August 20, 2008 produced by Defendants (OZX00394304).

(vii)　　PX 9　"Bank of the Ozarks Loan Modification Request" dated July 23, 2009 produced by Defendants (OZX00394251).

(viii)　　PX 10　"Bank of the Ozarks Loan Modification Request" dated September 14, 2009 produced by Defendants (OZX00394271).

(ix)　　PX 12　"Bank of the Ozarks Loan Modification Request" dated December 7, 2009 produced by Defendants (OZX00393996).

(x)　　PX 13　"Loan Modification Request Worksheet" undated produced by Defendants (OZX00394383).

(xi)　　PX 14　Email from Tim Borel to Nikki Smith, "JTL Rock Hill – Loan Modification" sent February 15, 2010 with attachments "4th Modification EXECUTED 2010.02.15.pdf" and "JTL Rock Hill Loan Modification Worksheet.pdf" produced by Defendants (OZX00394252).

(xii)      PX 15      Excerpted  Excel  spreadsheet,  "financial  tracker  –  rockhillgalleria – 2017.09.01" produced by Defendants (OZX00023907); excerpt of "Actual Data" tab.

(xiii)     PX 16     "Loan Modification Request Worksheet" undated produced by Defendants (OZX00394337).

(xiv)     PX 17     "Loan Modification Request Worksheet" dated February 16, 2011 produced by Defendants (OZX00394171).

(xv)      PX 19     "Bank of the Ozarks Loan Modification Request" dated February 16, 2011 produced by Defendants (OZX00393966).

(xvi)     PX 22     "Bank of the Ozarks Loan Modification Request" dated August 8, 2011 produced by Defendants (OZX00393635).

(xvii)    PX 23     "Amended and Restated Loan Agreement" dated as of August 5, 2011 produced by Defendants (OZX00008883); marked as Exhibit 52 at deposition.

(xviii)   PX 24     "Amended and Restated Promissory Note" effective as of August 5, 2011 produced by Defendants (OZX00008612); marked as Exhibit 53 at deposition.

(xix)     PX 26     "Amended and Restated Guaranty" executed August 4, 2011 produced by Defendants (OZX00008860); marked as Exhibit 54 at deposition.

(xx)      PX 33     "Bank of the Ozarks Loan Modification Request" dated March 25, 2013 produced by Defendants (OZX00040289); marked as Exhibit 176 at deposition.

(xxi)     PX 34     Excel spreadsheet, "principal payments – amortization" produced by Defendants (OZX00028084).

(xxii)    PX 37     "First Modification Agreement" executed April 22, 2013 produced by Defendants (OZX00017020); marked as Exhibit 66 at deposition.

(xxiii)      PX 58      "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated July 11, 2014 produced by Defendants (OZX00040658).

(xxiv)      PX 59      Email from Tillie Borchers to Brannon Hamblen and Parker Roberts, "JTL Rock Hill – Audit Items" sent February 9, 2016 with four attachments produced by Defendants (OZX00173508).

(xxv)      PX 64      "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated December 9, 2014 produced by Defendants (OZX00000168); marked as Exhibit 197 at deposition.

(xxvi)      PX 73      Email from Tillie Borchers to Brannon Hamblen, "JTL Rock Hill – H&M" sent September 15, 2015 produced by Defendants (OZX00060716); marked as Exhibit 198 at deposition.

(xxvii)      PX 74      Email from Dan Thomas to Tucker Hughes and others, "RE:" sent October 22, 2015 produced by Defendants (OZX00170952); marked as Exhibit 224 at deposition.

(xxviii)      PX 75      Email from Stan Thomas to Patrick Killeen, "ALLL related docs" sent February 16, 2016 with attachment "12-31-2015 ALLL Memo – Final.doc" with four attachments produced by Defendants (OZX00174042).

(xxix)      PX 76      Email from Brannon Hamblen to RESG Dallas – Asset Management, "FW: Loan Review" sent March 6, 2016 with attachment "RESG Part 4 2015 Review.docx" produced by Defendants (OZX00174592).

(xxx)      PX 77      "Loan Review for Bank of the Ozarks Real Estate Specialties Group" dated as of September 30, 2015 produced by Defendants (OZX00411720).

(xxxi)      PX 78    Email from Sarah Young to Brannon Hamblen, "Loan Review" sent February 29, 2016 with attachment "RESG Part 4 2015 Review.docx" produced by Defendants (OZX00174484).

(xxxii)      PX 80    Email from Stephen Scouten to George Gleason, "FW: OZRK: On the Road with OZRK – Reiterate BUY Rating" sent November 5, 2015 produced by Defendants (OZX00065746).

(xxxiii)      PX 81    Email from Tucker Hughes to Dan Thomas and others, "Gleason Discussion – Ability to Fund Growth" sent February 12, 2016 produced by Defendants (OZX00429656).

(xxxiv)      PX 82    Email from Tim Hicks to Jay Staley, "FW: Enterprise Stress Testing Advisory Council" sent November 28, 2017 with attachment "2: ESTAC Meeting Minutes_10-25-2017: For Approval.pdf" produced by Defendants (OZX00455170).

(xxxv)      PX 84    Excel spreadsheet, "ALLL summary (review) – 12-31-15" produced by Defendants (OZX00429695).

(xxxvi)      PX 87    Email from Dan Thomas to Brannon Hamblen and Tillie Borchers, "Re: JTL Rock Hill" sent February 24, 2016 produced by Defendants (OZX00174356); marked as Exhibit 225 at deposition.

(xxxvii)      PX 90    Piper Jaffray analyst report titled "Leader of the Pack . . . In Returns and Valuation: Initiating Coverage at Neutral" dated July 8, 2015 produced by Piper Sandler (PIPER0000207).

(xxxviii)      PX 91    Email from Dan Thomas to George Gleason, "Various RESG Matters" sent April 24, 2016 produced by Defendants (OZX00067108); marked as Exhibit 226 at deposition.

(xxxix)   PX 92   Email from Brannon Hamblen to Dan Thomas and others, "Re: Near Term Interest Rate Increases" sent May 28, 2016 produced by Defendants (OZX00175906); marked as Exhibit 227 at deposition.

(xl)   PX 93   "Loan Review for Bank of the Ozarks Real Estate Specialties Group" dated as of June 30, 2016 produced by Defendants (OZX00423144).

(xli)   PX 96   Email from Dan Thomas to Tillie Borchers and Brannon Hamblen, "Rock Hill" sent September 26, 2016 produced by Defendants (OZX00177743); marked as Exhibit 228 at deposition.

(xlii)   PX 99   Email from Tillie Borchers to Josh Faseler, "FW: Frank Entertainment/Rock Hill" sent October 21, 2016 produced by Defendants (OZX00435154).

(xliii)   PX 100   Email from Josh Faseler to Brannon Hamblen, "FW: Frank Entertainment/Rock Hill" sent October 28, 2016 produced by Defendants (OZX00435527).

(xliv)   PX 101   Email from Dan Thomas to Brannon Hamblen and others, "RE: Rock Hill – Revolutions" sent October 18, 2016 produced by Defendants (OZX00177984); marked as Exhibit 200 at deposition.

(xlv)   PX 103   Email from Tillie Borchers to Josh Faseler, "Loan Transition Notes – Rockhill" sent October 20, 2016 with attachment "Loan Transition Notes.docx" produced by Defendants (OZX00178106); marked as Exhibit 121 at deposition.

(xlvi)   PX 104   Email from Brannon Hamblen to Josh Faseler and others, "RE: JTL Rock Hill – Maturity" sent October 21, 2016 produced by Defendants (OZX00178123); marked as Exhibit 126 at deposition.

(xlvii)   PX 105   Email from Brannon Hamblen to Josh Faseler and Tillie Borchers, "RE: Rock Hill – Revolutions" sent October 21, 2016 produced by Defendants (OZX00178129); marked as Exhibit 202 at deposition.

- 6 -

(xlviii)      PX 106      Document titled "lease issues 2016.10.21" produced by Defendants (OZX00001394); marked as Exhibit 204 at deposition.

(xlix)      PX 107      Email from Tillie Borchers to Josh Faseler, "FW: JTL Rockhill – Revolutions/Frank Entertainment Group" sent October 21, 2016 with attachments "Revolutions Default Letter 2016.09.20.pdf" and "Revolutions 2016.09.07 Demand Letter.doc" produced by Defendants (OZX00178168); marked as Exhibit 122 at deposition.

(l)      PX 108      Email from Josh Faseler to Brannon Hamblen and Tillie Borchers, "RE: Notes from Frank Entertainment Group Financials" sent October 25, 2016 produced by Defendants (OZX00178201); marked as Exhibit 123 at deposition.

(li)      PX 110      Email from Brannon Hamblen to Tyler Covington and others, "Rock Hill Galleria" sent October 28, 2016 with attachment "RHG 2016.10.pdf" produced by Defendants (OZX00178358); marked as Exhibit 131 at deposition.

(lii)      PX 111      Email from Dan Thomas to Tyler Covington and others, "Additional Color – Rock Hill Galleria" sent October 29, 2016 produced by Defendants (OZX00178469).

(liii)      PX 114      "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated November 1, 2016 produced by Defendants (OZX00001658); marked as Exhibit 128 at deposition.

(liv)      PX 117      Email from Josh Faseler to Mike Holsomback and others, "RE: JTL Rock Hill – Extension Documentation" sent November 15, 2016 produced by Defendants (OZX00179699); marked as Exhibit 124 at deposition.

(lv)      PX 118      Email from Brannon Hamblen to Stan Thomas, "RE: JTL Rock Hill" sent November 23, 2016 produced by Defendants (OZX00180052); marked as Exhibit 181 at deposition.

4853-9411-5356.v2

(lvi)      PX 119    Email from Brannon Hamblen to Stan Thomas, "JTL Rock Hill – DSCR" sent November 29, 2016 produced by Defendants (OZX00180116); marked as Exhibit 182 at deposition.

(lvii)     PX 122    Email from Josh Faseler to Brannon Hamblen, "RE: JTL" sent December 7, 2016 produced by Defendants (OZX00180811).

(lviii)    PX 123    Email from Brannon Hamblen to Stan Thomas and Greg McKinney, "RE: JTL Rock Hill" sent December 12, 2016 produced by Defendants (OZX00181209); marked as Exhibit 169 at deposition.

(lix)      PX 124    Email from Greg McKinney to Stan Thomas and Brannon Hamblen, "RE: JTL Rock Hill SRA" sent December 12, 2016 produced by Defendants (OZX00181202); marked as Exhibit 170 at deposition.

(lx)       PX 125    Memorandum from Josh Faseler to Appraisal File and Brannon Hamblen, "JTL Rock Hill, LLC – Collateral Value" dated December 14, 2016 produced by Defendants (OZX00021474); marked as Exhibit 129 at deposition.

(lxi)      PX 126    Email from Stan Thomas to Tina Chandler and Greg McKinney sent December 16, 2016 produced by Defendants (OZX00181506).

(lxii)     PX 128    "Loan Review for Bank of the Ozarks Real Estate Specialties Group" dated as of December 31, 2016 produced by Defendants (OZX00184329).

(lxiii)    PX 129    Email from Stan Thomas to Tina Chandler, "FW: jtl – draft" sent January 4, 2017 produced by Defendants (OZX00181747); marked as Exhibit 172 at deposition.

(lxiv)     PX 130    Email from Josh Faseler to Joe Pangrac and Brannon Hamblen, "JTL Mod Documentation" sent January 23, 2017 produced by Defendants (OZX00437644).

4853-9411-5356.v2

(lxv)        PX 132     "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated January 25, 2017 produced by Defendants (OZX00002660); marked as Exhibit 130 at deposition.

(lxvi)       PX 135     Email from Josh Faseler to Michael Miller and Brannon Hamblen, "RE: South Carolina Mall Opportunity" sent February 1, 2017 produced by Defendants (OZX00183122); marked as Exhibit 140 at deposition.

(lxvii)      PX 136     Email from Dan Thomas to Tyler Covington and others, "RE: Rock Hill Galleria Information – Rock Hill, SC" sent February 13, 2017 produced by Defendants (OZX00184136); marked as Exhibit 134 at deposition.

(lxviii)     PX 137     Email from Nadia Podkopova to Josh Faseler and others, "RE: Rock Hill Galleria Information – Rock Hill, SC" sent February 16, 2017 with attachment "Rock Hill Galleria Proposal.pdf" produced by Defendants (OZX00184274); marked as Exhibit 141 at deposition.

(lxix)       PX 138     Email from David Martin to Charlie Ellis, "FW: Rock Hill – Bank of Ozarks" sent February 28, 2017 produced by non-party Collett (COLLETT0000382).

(lxx)        PX 139     Email from Tyler Covington to Charlie Ellis and John Collett, "RE: Rock Hill – Bank of Ozarks" sent February 28, 2017 produced by non-party Collett (COLLETT0000508).

(lxxi)       PX 142     Email from Brannon Hamblen to Josh Faseler, "Re: Sears – Going Concern Commentary" sent March 22, 2017 produced by Defendants (OZX00186338); marked as Exhibit 208 at deposition.

(lxxii)      PX 143     Memorandum from Stan Thomas to Files, "Allowance for Loan and Lease Losses ('ALLL')" dated March 31, 2017 produced by Defendants (OZX00187448); marked as Exhibit 160 at deposition.

- 9 -

(lxxiii)     PX 144    Excel spreadsheet, "allowance for loan loss allocation summary – 3-31-17 – revised resg" produced by Defendants (OZX00168970).

(lxxiv)     PX 147    "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated May 2, 2017 produced by Defendants (OZX00003173); marked as Exhibit 143 at deposition.

(lxxv)     PX 148    Email from Dan Thomas to Brannon Hamblen and others, "RE: JTL Rock Hill" sent April 29, 2017 produced by Defendants (OZX00187317); marked as Exhibit 229 at deposition.

(lxxvi)     PX 153    Email from Brannon Hamblen to George Gleason and others, "RE: JTL Rock Hill" sent July 7, 2017 produced by Defendants (OZX00188854).

(lxxvii)     PX 154    "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated July 10, 2017 produced by Defendants (OZX00003566); marked as Exhibit 145 at deposition.

(lxxviii)     PX 157    "Bank of the Ozarks Loan Impairment Calculation Form" dated July 26, 2017 produced by Defendants (OZX00023299); marked as Exhibit 164 at deposition.

(lxxix)     PX 159    Email from Dixie Jackson to George Gleason, "Impaired and Special Reserve Loans_7.31.2017" sent August 16, 2017 with attachment "Impaired and Special Reserve Loans_7.31.2017.pdf" produced by Defendants (OZX00190216); marked as Exhibit 165 at deposition.

(lxxx)     PX 160    Email from Brannon Hamblen to Tim Hicks, "Re: JTL" sent August 17, 2017 produced by Defendants (OZX00081470); marked as Exhibit 209 at deposition.

(lxxxi)     PX 161    Email from Tim Hicks to George Gleason and Tucker Hughes, "Re: HFF Loan & REO Sales" sent August 19, 2017 produced by Defendants (OZX00081584); marked as Exhibit 33 at deposition.

(lxxxii)     PX 162    Email from Josh Faseler to Tim Hicks and Brannon Hamblen, "RE: JTL" sent August 22, 2017 with attachment "Note Purchaser List v2.xlsx" produced by Defendants (OZX00081837); marked as Exhibit 39 at deposition.

(lxxxiii)    PX 163    Email from Josh Faseler to Tim Hicks and Brannon Hamblen, "RE: JTL" sent August 24, 2017 with attachment "Appraisal – 2016.11.1 – Property_Market Data.pdf" produced by Defendants (OZX00082024); marked as Exhibit 38 at deposition.

(lxxxiv)    PX 164    Email from Tim Hicks to Josh Faseler, "Re: JTL Rock Hill" sent July 23, 2018 produced by Defendants (OZX00103972); marked as Exhibit 43 at deposition.

(lxxxv)     PX 166    Hard copy of email from Josh Faseler to Brannon Hamblen and Juan Gonzalez, "RHG HFF Update" sent August 28, 2018 with handwritten notes produced by Defendants (OZX00423541).

(lxxxvi)    PX 168    Email from Tina Chandler to Josh Faseler and Brannon Hamblen, "RE: JTL Rock Hill – 4508522102 – SRA Analysis" sent September 19, 2017 produced by Defendants (OZX00192430); marked as Exhibit 269 at deposition.

(lxxxvii)   PX 170    "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated October 4, 2017 produced by Defendants (OZX00004246); marked as Exhibit 146 at deposition.

(lxxxviii)  PX 174    "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated January 16, 2018 produced by Defendants (OZX00005002); marked as Exhibit 150 at deposition.

(lxxxix)    PX 175    Email from Josh Faseler to Brannon Hamblen, "RE: JTL – Discussion" sent January 10, 2018 produced by Defendants (OZX00196634); marked as Exhibit 147 at deposition.

(xc)      PX 176    Email from George Gleason to Josh Faseler and Brannon Hamblen, "RE: JTL – Draft Credit Memo" sent January 16, 2018 produced by Defendants (OZX00088895).

(xci)      PX 179    Email from Brannon Hamblen to Tucker Hughes and Victor Reynoso, "RE: Willowbend Mall – Lending Request" sent January 27, 2018 produced by Defendants (OZX00197701); marked as Exhibit 210 at deposition.

(xcii)      PX 180    Email from Frances Hadley to Stan Thomas, "ALL Memo Draft" sent January 22, 2018 with attachment "12-31-2017 ALLL Memo – DRAFT.doc" produced by Defendants (OZX00197388); marked as Exhibit 161 at deposition.

(xciii)      PX 183    Memorandum from Josh Faseler to Loan File, "JTL Rock Hill, LLC" produced by Defendants (OZX00025258); marked as Exhibit 151 at deposition.

(xciv)      PX 184    Email from Tim Hicks to George Gleason, "RESG LTV to Commitment" sent April 25, 2018 with attachment "2018.3.31 – RESG Portfolio Analysis – LTV and Commitment.pdf" produced by Defendants (OZX00201450).

(xcv)      PX 186    "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated July 6, 2018 produced by Defendants (OZX00006048); marked as Exhibit 152 at deposition.

(xcvi)      PX 191    Hard copy memorandum from Josh Faseler to George Gleason and Brannon Hamblen, "JTL Rock Hill" dated September 27, 2018 with attachment "Charge-off Calculation" with George Gleason signature produced by Defendants (OZX00496740).

(xcvii)      PX 194    Email from Tracy Anderson to George Gleason and others, "3Q Earnings Press Release and Management Comments" sent October 18, 2018 produced by Defendants (OZX00118288); marked as Exhibit 216 at deposition.

(xcviii)  PX 205  Letter from PwC to Members of the Audit Committee dated March 13, 2017 produced by Defendants (OZX00186656); marked as Exhibit 233 at deposition.

(xcix)  PX 207  Letter from PwC to Members of the Audit Committee dated March 28, 2018 produced by Defendants (OZX00201052); marked as Exhibit 234 at deposition.

(c)  PX 209  "Bank of the Ozarks, Inc. Governing Principles for Disclosure Controls and Procedures for Annual Reports on Form 10-K, Annual Reports to Shareholders and Proxy Statement for Annual or any Special Meeting (As Adopted February 27, 2017)" produced by PwC (PwC007749); marked as Exhibit 14 at deposition.

(ci)  PX 210  "Bank of the Ozarks, Inc. Governing Principles for Disclosure Controls and Procedures for Quarterly Reports on Form 10-Q and Current Reports on Form 8-K (As Adopted February 2, 2017)" produced by PwC (PwC007762); marked as Exhibit 10 at deposition.

(cii)  PX 211  "Bank of the Ozarks Governing Principles for Disclosure Controls and Procedures for Quarterly Reports on Form 10-Q and Current Reports on Form 8-K (For the Year Ending December 31, 2018)" produced by PwC (PwC015673); marked as Exhibit 1 at deposition.

(ciii)  PX 213  Email from George Gleason to Greg McKinney and others, "conference call script for Q4 2016" sent January 7, 2017 with attachment "conference call script for Q4 2016.docx" produced by Defendants (OZX00072504); marked as Exhibit 7 at deposition.

(civ)  PX 214  Email from Donna Quandt to George Gleason and others, "Conference Call Script" sent October 5, 2016 with attachment "conference call script for Q3 2016.docx" produced by Defendants (OZX00070581); marked as Exhibit 9 at deposition.

(cv)  PX 215  Email from Tim Hicks to Greg McKinney and others, "FW: Updated version of Script" sent July 10, 2017 with attachment "Conference Call Script for Q2 2017

– 07.12.17 – Redline Version_07.10.17).docx" produced by Defendants (OZX00077714); marked as Exhibit 11 at deposition.

(cvi)      PX 216    Email from Brooke Crane to George Gleason and others, "ATTACHED: DRAFT 4th Quarter Earnings Release" sent January 9, 2018 with attachment "4thQRT2017.docx" produced by Defendants (OZX00088400); marked as Exhibit 15 at deposition.

(cvii)     PX 221    Email from Josh Faseler to Brannon Hamblen, "RE: JTL Rock Hill" sent March 20, 2017 produced by Defendants (OZX00186204); marked as Exhibit 207 at deposition.

(cviii)    PX 222    "Loan Review for Bank of the Ozarks Real Estate Specialties Group" dated as of December 31, 2015 produced by Defendants (OZX00174593); marked as Exhibit 257 at deposition.

(cix)      PX 224    Excel spreadsheet, "2013 tdr review" produced by Defendants (OZX00168836); excerpted from deposition Exhibit 175.

(cx)       PX 225    Excel spreadsheet, "jan-feb 2017 legacy tdr review" produced by Defendants (OZX00040250); marked as Exhibit 184 at deposition.

(cxi)      PX 226    Email from George Gleason to Dan Thomas and others, "RE: Section 2.09 Performance Issues Tracking Report" sent June 26, 2017 produced by Defendants (OZX00077527).

(cxii)     PX 227    Email from Brannon Hamblen to Dan Thomas and Josh Faseler, "RE: JTL Rock Hill" sent April 25, 2017 produced by Defendants (OZX00187083); marked as Exhibit 142 at deposition.

(cxiii)    PX 228    Email from Josh Faseler to George Gleason and Brannon Hamblen, "JTL – Draft Credit Memo" sent January 16, 2018 with attachment "Loan Modification

JTL Rock Hill 2018.01.16.docx" produced by Defendants (OZX00088896); marked as Exhibit 148 at deposition.

    (cxiv)  PX 229  Email from Dan Thomas to Mike Holsomback and others, "RE: Rock Hill Loan Maturity" sent April 26, 2017 produced by Defendants (OZX00187138); marked as Exhibit 89 at deposition.

    (cxv)  PX 230  Email from Josh Faseler to George Gleason and others, "JTL Rock Hill – Proposed Extension Request" sent January 17, 2018 with attachment "Loan Modification JTL Rock Hill 2018.01.16.docx" produced by Defendants (OZX00089208); marked as Exhibit 149 at deposition.

    (cxvi)  PX 231  Email from Brannon Hamblen to George Gleason, "JTL Mod" sent May 2, 2017 produced by Defendants (OZX00187385).

    (cxvii)  PX 232  Memorandum from Stan Thomas to Files, "JTL RockHill" dated April 6, 2017 produced by Defendants (OZX00240179); marked as Exhibit 191 at deposition.

    (cxviii)  PX 235  Memorandum from Brannon Hamblen to George Gleason and Dan Thomas, "JTL Rock Hill, LLC" dated August 27, 2014 produced by Defendants (OZX00406765); marked as Exhibit 196 at deposition.

    (cxix)  PX 236  Email from Stan Thomas to George Gleason and others, "FW: jtl – draft" sent December 16, 2016 produced by Defendants (OZX00072396); marked as Exhibit 171 at deposition.

    (cxx)  PX 237  Email from Dan Thomas to George Gleason, "FW: JTL – Rate Increase / DSCR" sent June 14, 2017 produced by Defendants (OZX00077355).

    (cxxi)  PX 238  Email from Brannon Hamblen to Josh Faseler, "Fwd: Mall owner rebrands itself amid 'retail apocalypse' narrative" sent October 10, 2017 produced by Defendants (OZX00193124); marked as Exhibit 260 at deposition.

- 15 -

(cxxii)     PX 239    Email from George Gleason to Brannon Hamblen, "Re: Walmart Anchored Development Project – Linden, NJ" sent December 1, 2017 produced by Defendants (OZX00087406).

(cxxiii)    PX 240    Email from George Gleason to Tucker Hughes and others, "Re: Cypress Equities – New Deal" sent December 4, 2017 produced by Defendants (OZX00087478).

(cxxiv)     PX 242    Email from Tracy Anderson to George Gleason, "JTL Rock Hill Meeting_01.11.18" sent January 12, 2018 with attachment "JTL Rock Hill Meeting_01.11.18.pdf" produced by Defendants (OZX00088611).

(cxxv)      PX 243    Email from Amanda Dillon to Josh Faseler and others, "RE: JTL Rock Hill – Maturity" sent October 24, 2016 produced by Defendants (OZX00178186); marked as Exhibit 127 at deposition.

(cxxvi)     PX 245    "Bank of the Ozarks Real Estate Specialties Group Loan Status Summary" dated February 1, 2016 produced by Defendants (OZX00018414); marked as Exhibit 156 at deposition.

(b)      only redacted copies of the following documents and exhibits, copies of which Plaintiff will provide to the Court by email:

(i)      PX 6    Deposition Transcript of Christopher Maguire dated October 22, 2021.

(ii)     PX 25    Rebuttal Expert Report of Nancy Terrill dated November 15, 2021.

(iii)    PX 35    Expert Report of D. Paul Regan CPA, CFF dated September 1, 2021.

        (iv)      PX 39     Expert Reply Report of D. Paul Regan CPA, CFF dated November 15, 2021.

        (v)      PX 40     Deposition Transcript of Michael Holsomback dated October 14, 2021.

        (vi)      PX 47     Deposition Transcript of William Daniel Thomas III dated December 2, 2021.

        (vii)      PX 62     Deposition Transcript of Stanley Thomas dated November 3, 2021.

        (viii)      PX 79     Deposition Transcript of George Gleason dated December 10, 2021

        (ix)      PX 83     Deposition Transcript of Gregory McKinney dated November 30, 2021.

        (x)      PX 86     Deposition Transcript of Tyler Vance dated September 29, 2021.

        (xi)      PX 165    Deposition Transcript of Timothy Hicks dated October 8, 2021.

        (xii)      PX 199    Deposition Transcript of D. Paul Regan dated December 7, 2021.

        (xiii)      PX 206    Letter from George Gleason and Greg McKinney to PwC dated March 1, 2017 produced by PwC (PwC001536); marked as Exhibit 235 at deposition.

        (xiv)      PX 208    Letter from George Gleason and Greg McKinney to PwC dated February 27, 2018 produced by PwC (PwC006520); marked as Exhibit 236 at deposition.

        (xv)      PX 217    Deposition Transcript of Salvatore Inserra dated December 17, 2021.

(xvi)      PX 218      Deposition Transcript of Todd McPherson dated December 8, 2021.

(xvii)     PX 220      Deposition Transcript of Joshua Faseler dated November 2, 2021.

(xviii)    PX 234      Deposition Transcript of Brannon Hamblen dated November 8, 2021.

(xix)      PX 246      Deposition Transcript of Nancy Terrill dated December 14, 2021.

7.     At this time, Defendants maintain their confidentiality designation with respect to PX 169.  Plaintiff has diligently sought but not yet received permission to file publically certain exhibits designated confidential by third parties Crowe Horwath and CBRE.  If Plaintiff obtains consent from these third parties, Plaintiff will advise the Court, but at this time the following exhibits contain material designated by third parties as confidential:

(a)      PX 21      Email from Lauren Pugliese to Brian Mullaney, "RE: Rock Hill Galleria" sent July 26, 2011 produced by non-party CBRE (CBRE_008133).

(b)      PX 48      "Detail Income Statement JTL Rock Hill, LLC For the 12 Periods Ended December 31, 2013" produced by non-party CBRE (CBRE_001568).

(c)      PX 53      Email from Emma Reed to Brian Mullaney and Lee Holliday, "FW: Rock Hill Galleria – Tenant Lease Questions" sent November 24, 2014 produced by non-party CBRE (CBRE_001498).

(d)      PX 61      "Note 4508522102 – JTL Rock Hill LLC" dated September 28, 2014 produced by Crowe (CROWEBOZ0002908); marked as Exhibit 159 at deposition.

(e)      PX 200      Letter from Crowe to Henri Mariani dated February 21, 2014 produced by Crowe (CROWEBOZ0000007); marked as Exhibit 274 at deposition.

(f)     PX 201     Letter from George Gleason and Greg McKinney to Crowe dated February 27, 2015 produced by Crowe (CROWEBOZ0005328); marked as Exhibit 286 at deposition.

(g)     PX 202     Letter from Crowe to Henri Mariani dated February 22, 2015 produced by Crowe (CROWEBOZ0005392); marked as Exhibit 287 at deposition.

(h)     PX 203     Letter from George Gleason and Greg McKinney to Crowe dated February 19, 2016 produced by Crowe (CROWEBOZ0010931); marked as Exhibit 290 at deposition.

(i)     PX 204     Letter from Crowe to Bank of the Ozarks, Inc. dated April 22, 2016 produced by Crowe (CROWEBOZ0011077); marked as Exhibit 291 at deposition.

(j)     PX 212     Crowe Workpapers, "Allowance for Loan Losses Controls" dated February 19, 2015 produced by non-party Crowe (CROWEBOZ0000062); marked as Exhibit 22 at deposition.

(k)     PX 223     Crowe Workpapers, "Testing – TDR Monitoring" dated February 17, 2015 produced by Crowe (CROWEBOZ0004103); marked as Exhibit 211 at deposition.

(l)     PX 247     "Bank of the Ozarks Real Estate Specialties Group Loan Modification Request" dated July 11, 2014 produced by Crowe (CROWEBOZ0002936); marked as Exhibit 195 at deposition.

8.     For the convenience of the Court, Plaintiff stands ready to re-file the above-referenced exhibits or excerpts, if so directed.

WHEREFORE, Plaintiff respectfully requests that the Court unseal the Opposition, RSOF, SOF, and the above-referenced exhibits as set forth above and grant all other appropriate relief.

DATED:  April 20, 2022

MARK SOLOMON
California Bar No. 151949
Attorney for Class Representative Strathclyde
Pension Fund
ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
ASHLEY M. PRICE
ANDREW W. HUTTON
CAROLINE M. ROBERT
HEATHER G. SCHLESIER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  marks@rgrdlaw.com
          jonahg@rgrdlaw.com
          aprice@rgrdlaw.com
          dhutton@rgrdlaw.com
          crobert@rgrdlaw.com
          hschlesier@rgrdlaw.com

Class Counsel for Class Representative
Strathclyde Pension Fund

ALLEN CARNEY
Arkansas Bar No. 94122
Attorney for Lead Plaintiff Strathclyde Pension
Fund
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR  72201
Telephone:  501/312-8500
501/312-8505 (fax)
E-mail:  acarney@cbplaw.com

Liaison Counsel