IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND,
Individually and on Behalf of All Others
Similarly Situated                                                                PLAINTIFF

v.                               No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                                DEFENDANTS

ORDER

Plaintiff's unopposed motion, *Doc. 187*, is granted. The Court directs the Clerk to unseal the portions of *Doc. 184* corresponding to *Doc. 179–2, 179–3, 179–4, 179–5, 179–7, 179–8, 179–9, 179–10, 179–12, 179–13, 179–14, 179–15, 179–16, 179–17, 179–19, 179–22, 179–23, 179–24, 179–26, 179–33, 179–34, 179–37, 179–58, 179–59, 179–64, 179–73, 179–74, 179–75, 179–76, 179–77, 179–78, 179–80, 179–81, 179–82, 179–84, 179–87, 179–90, 179–91, 179–92, 179–93, 179–96, 179–99, 179–100, 179–101, 179–103, 179–104, 179–105, 179–106, 179–107, 179–108, 179–110, 179–111, 179–114, 179–117, 179–118, 179–119, 179–122, 179–123, 179–124, 179–125, 179–126, 179–128, 179–129, 179–130, 179–132, 179–135, 179–136, 179–137, 179–138, 179–139, 179–142, 179–143, 179–144, 179–147, 179–148, 179–153, 179–154, 179–157, 179–159, 179–160, 179–161, 179–162, 179–163, 179–164, 179–166, 179–168, 179–170, 179–174, 179–175, 179–176, 179–179, 179–180, 179–183,*

*179-184, 179-186, 179-191, 179-194, 179-205, 179-207, 179-209, 179-210, 179-211, 179-213, 179-214, 179-215, 179-216, 179-221, 179-222, 179-224, 179-225, 179-226, 179-227, 179-228, 179-229, 179-230, 179-231, 179-232, 179-235, 179-236, 179-237, 179-238, 179-239, 179-240, 179-242, 179-243 & 179-245.* The Court directs the Clerk to replace these placeholder exhibits with the unsealed exhibits when they are filed.

The Court directs Strathclyde to submit to the Clerk its proposed substituted exhibits, *Doc. 179-6, 179-25, 179-35, 179-39, 179-40, 179-47, 179-62, 179-79, 179-83, 179-86, 179-165, 179-199, 179-206, 179-208, 179-217, 179-218, 179-220, 179-234 & 179-246.* The Court directs the Clerk to replace these placeholder exhibits with the redacted substituted exhibits when they are filed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2022