# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STRATHCLYDE PENSION FUND,**
**Lead Plaintiff**                                               **PLAINTIFF**

v.                    No. 4:18-cv-793-DPM

**BANK OZK and GEORGE GLEASON**            **DEFENDANTS**

## ORDER

1. The Court has received, and appreciates, the unopposed motion for preliminary approval of the parties' settlement and related papers. The Court is reviewing everything.

2. The Court has identified Monday, 19 September 2022 at 1:30 p.m. CDT as a likely date for a fairness hearing. It would be in courtroom 1A at the Richard Sheppard Arnold Courthouse in Little Rock. Please send to chambers email a revised draft of the proposed Order (in Word) that includes this date and sets the related dates accordingly. In the revised draft Order, please also eliminate the usage "and/or", replacing that expression with "and" or "or" as appropriate, plus insert serial commas. Assuming the motion is granted, the Court will likely make other minor edits, which it will ventilate with the parties.

3. The parties' stipulation refers to a supplemental agreement. *Doc. 195 at 44.* Please file that document under seal as soon as

practicable for the Court's review. The parties should also file a paper explaining why that supplemental agreement, or a summary of it, should not be made public. If the parties agree that some or all of this document can be summarized and disclosed, the Court would welcome a draft summary.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2022