# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STRATHCLYDE PENSION FUND,**
**Lead Plaintiff**                                                            **PLAINTIFF**

v.                                    No. 4:18-cv-793-DPM

**BANK OZK and GEORGE GLEASON**                           **DEFENDANTS**

## ORDER

1. The Court appreciates the parties' work to expedite a settlement hearing, including the CAFA notice, *Doc. 197*. Ellen Gusikoff Stewart's motion to appear *pro hac vice*, *Doc. 198*, is granted. Because things are progressing favorably toward a final settlement, the pending motions, *Doc. 121 & 124*, are denied without prejudice as moot. They will be reinstated if the proposed settlement is not approved.

2. The Court has received the parties' side agreement, *Doc. 199*, and request to keep that agreement under seal, *Doc. 200*. The request is granted for good cause. The summary in the stipulation, *Doc. 195 at 42–43*, adequately informs class members about the side agreement.

3. The Court has reviewed, and made some changes to, the parties' proposed Order granting preliminary approval and permitting notice to the class. Please note the substantive changes to the newspaper publication requirements and a revised approach to objections. Clean versions and redlined versions of the Court's draft

and the proposed Appendices are attached to this Order. Any objections or further suggested revisions to the Court's proposed Order are due by 21 June 2022. The Court welcomes any concerns about the adjusted timeline.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2022