UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| STRATHCLYDE PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:18-cv-00793-DPM<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |
| Plaintiff, | | |
| vs. | | |
| BANK OZK, et al., | | |
| Defendants. | | |

Lead Plaintiff Strathclyde Pension Fund hereby moves this Court for final approval of the settlement of the above-referenced case and approval of the Plan of Allocation. This Motion is based upon the Memorandum of Law in Support thereof, the Declaration of Jonah H. Goldstein in Support of: (1) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (2) Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4), the Declaration of Ross D. Murray, Lead Plaintiff's Declaration, the pleadings and records on file in this case, and such other matters and argument as the Court may consider.

DATED: August 15, 2022         Respectfully submitted,

                                              MARK SOLOMON
                                              California Bar No. 151949
                                              Attorney for Class Representative
                                              Strathclyde Pension Fund
                                              ROBBINS GELLER RUDMAN
                                                &DOWD LLP
                                              ELLEN GUSIKOFF STEWART
                                              JONAH H. GOLDSTEIN
                                              ASHLEY M. PRICE
                                              ANDREW W. HUTTON
                                              CAROLINE M. ROBERT
                                              HEATHER G. GEIGER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:  marks@rgrdlaw.com
          elleng@rgrdlaw.com
          jonahg@rgrdlaw.com
          aprice@rgrdlaw.com
          dhutton@rgrdlaw.com
          crobert@rgrdlaw.com
          hgeiger@rgrdlaw.com

Class Counsel for Class Representative
Strathclyde Pension Fund

ALLEN CARNEY
Arkansas Bar No. 94122
Attorney for Lead Plaintiff Strathclyde
Pension Fund
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: 501/312-8500
501/312-8505 (fax)
E-mail: acarney@cbplaw.com

Liaison Counsel