IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND,
Lead Plaintiff                                                                    PLAINTIFF

v.                             No. 4:18-cv-793-DPM

BANK OZK; GEORGE GLEASON;
and GREGORY MCKINNEY                                             DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice. This Court, however, reserves and retains jurisdiction until 29 September 2023 to enforce the parties' settlement. That retained jurisdiction covers any matter related to the implementing Order and to claims administration.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2022