# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

STRATHCLYDE PENSION FUND,
Lead Plaintiff                                                                                          PLAINTIFF

v.                              No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                                              DEFENDANTS

## ORDER

Status report, *Doc. 236*, appreciated. While there has been progress since the first of the year on distributing the settlement's residue, the Court is concerned about the effectiveness and economic feasibility of continuing efforts. The Court directs Gilardi to make another big push. Status report with results and a detailed proposal for handling any remainder due by 15 August 2024. At that point, it will have been almost two years since the Court entered Judgment. *Doc. 222*. The Court extends its jurisdiction until 31 December 2024 to oversee claims administration and settlement distribution. It is time to wrap this case up.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2024