# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STRATHCLYDE PENSION FUND, Lead Plaintiff**                                              **PLAINTIFF**

v.                          No. 4:18-cv-793-DPM

**BANK OZK and GEORGE GLEASON**                          **DEFENDANTS**

## ORDER

The Court appreciates Strathclyde's detailed status report and approves the supplemental distribution to participating claimants. For good cause, the Court extends its jurisdiction to 31 January 2025 to oversee claims administration and settlement distribution. Status report due by 13 December 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2024