IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND, Lead
Plaintiff                                                                          PLAINTIFF

v.                              No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                              DEFENDANTS

ORDER

Status report, *Doc. 242*, noted and appreciated. Strathclyde and the claims administrator have faithfully pursued distribution of the settlement proceeds. After several distribution rounds, approximately $6,082.95 remains unclaimed. The Court commends the efforts of Strathclyde, its lawyers, and the claims administrator.

The Court agrees with Strathclyde: This is a *de minimis* amount; and it is time to do a *cy pres* distribution. The parties' settlement, which the Court approved after notice and a hearing, provides for this kind of cleanup if necessary. *Doc. 195 at 35-36*; *Doc. 221 at 4*; *Rawa v. Monsanto Co.*, 934 F.3d 862, 871 (8th Cir. 2019). It is. The settlement was for $45 million. Any further distribution would be for less than $10 per claimant. Further distributions to the claimants would not make economic sense. *In re BankAmerica Corporation Securities Litigation*, 775 F.3d 1060, 1064 (8th Cir. 2015).

Strathclyde proposes making the *cy pres* distribution to Legal Aid of Arkansas. This non-profit provides legal help to low-income Arkansawyers on consumer matters, contract disputes, and debt relief. But, the salutary aims of this organization do not align as near as possible with those pursued by the class in this case, which alleged securities fraud. *In re BankAmerica*, 775 F.3d at 1063-64. The Court therefore directs Strathclyde to propose another third party—a non-profit entity whose interests more closely align with the goals of transparency and accuracy in securities-related matters. Proposal due by 14 February 2025.

The Court also directs Strathclyde to update the case website with recent court filings. Also, the helpful banners on the home page should be replaced with one new notice. It should advise class members (and the public) this matter is almost concluded; note the undistributed balance; and specify the new nominee for the *cy pres* distribution. Because that proposed distribution is for a *de minimis* amount, no additional notice or opportunity to suggest alternative distributees is needed. *In re BankAmerica*, 775 F.3d at 1066. Please make this website update by 14 February 2025, too.

Last, the Court extends its jurisdiction to oversee the settlement and claims administration until 31 March 2025.

–3–

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 January 2025