IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND, Lead
Plaintiff                                                                              PLAINTIFF

v.                          No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                                        DEFENDANTS

ORDER

Response, *Doc. 244*, appreciated. The Court agrees that the Council of Institutional Investors is an appropriate recipient of the unclaimed settlement funds, which total approximately $6,000. Among other things, CII promotes shareholder rights. It is a non-profit and non-partisan entity. CII's mission aligns with the transparency and accuracy in securities-related matters sought by the class in this case. *In re BankAmerica Corporation Securities Litigation*, 775 F.3d 1060, 1063-64 (8th Cir. 2015). The Court therefore authorizes Strathclyde to donate all the unclaimed settlement funds to CII. The Claims Administrator must also promptly update the website and post this Order. Final status report due by 15 March 2025.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 February 2025