IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STRATHCLYDE PENSION FUND, Lead
Plaintiff                                                                    PLAINTIFF

v.                             No. 4:18-cv-793-DPM

BANK OZK and GEORGE GLEASON                    DEFENDANTS

## ORDER

Final status report, *Doc. 246*, much appreciated. The Court commends all involved for bringing this matter to a complete, careful, and final resolution. This case is done.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

20 March 2025